# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

MAY 29 2026 JB

Nathan Ochsner, Clerk
Laredo Division

## ALEXIS DAVID GONZALEZ GONZALEZ
Pro Se Petitioner

v.

## WARDEN, WEBB COUNTY DETENTION CENTER
Respondent

# PRO SE PETITION FOR WRIT OF HABEAS CORPUS
# UNDER 28 U.S.C. § 2241

A# 223-007-916

Webb County Detention Center
9998 S. Highway 83
Laredo, Texas 78046

United States Courts
Southern District of Texas
FILED

MAY 29 2026 JB

Nathan Ochsner, Clerk
Laredo Division

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

ALEXIS DAVID GONZALEZ GONZALEZ )
)
)
)
)
_____ )
*Petitioner* )
)
v. ) Case No. **5:26CV1008**
)
WARDEN, WEBB COUNTY DETENTION CENTER, ) _____
) *(Supplied by Clerk of Court)*
)
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Alexis David Gonzalez Gonzalez
    (b) Other names you have used: n/a
2.  Place of confinement:
    (a) Name of institution: Webb County Detention Center
    (b) Address: 9998 S. Highway 83 Laredo, TX 78041

    (c) Your identification number: A# 223 007 916
3.  Are you currently being held on orders by:
    ☑ Federal authorities ☐ State authorities ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: _____

        (b) Docket number of criminal case: _____
        (c) Date of sentencing: _____
    ☑ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:    Petitioner challenges his continued immigration detention while his appeal before the Board of Immigration Appeals remains pending

6.   Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:    Immigration CourtLaredo Immigration Court1406 Jacaman Rd. Suite BLaredo, TX 78041

(b)  Docket number, case number, or opinion number:    A# 223 007 916

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Petitioner challenges his continued immigration detention by Immigration and Customs Enforcement (ICE) while his appeal before the Board of Immigration Appeals remains pending.

(d)  Date of the decision or action:    03/11/2026

### Your Earlier Challenges of the Decision or Action

7.   **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☑ Yes            ☐ No
(a)  If "Yes," provide:
(1)  Name of the authority, agency, or court:   Board of Immigration Appeals (BIA)

(2)  Date of filing:   04/14/2026
(3)  Docket number, case number, or opinion number:    A# 223 007 916
(4)  Result:    Appeal currently pending.
(5)  Date of result:
(6)  Issues raised:    Petitioner appealed the immigration judge's removal order and continues to seek relief before the Board of Immigration Appeals.

(b)  If you answered "No," explain why you did not appeal:

8.   **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes            ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal:  Petitioner's appeal before the Board of Immigration Appeals remains pending.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal:  Petitioner's appeal before the Board of Immigration Appeals remains pending. before the Board of Immigration Appeals is still pending.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 03/11/2026

(b) Date of the removal or reinstatement order: 04/10/2026

(c) Did you file an appeal with the Board of Immigration Appeals?

☑ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: 04/14/2026

(2) Case number: A# 223 007 916

(3) Result: Appeal currently pending before the Board of Immigration Appeals.

(4) Date of result:

(5) Issues raised: Petitioner appealed the Immigration Judge's removal order and continues seeking relief before the Board of Immigration Appeals.

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.     State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   Petitioner's continued immigration detention while his appeal before the Board of Immigration Appeals remains pending violates his due process rights under the Fifth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner has remained in ICE custody since March 11, 2026. His appeal before the Board of Immigration Appeals remains pending, and he continues seeking relief from removal. Continued detention without meaningful custody review is unreasonable and violates due process.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes                     ☐ No

**GROUND TWO:**   Petitioner does not present a danger to the community or a significant risk of flight.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner entered the United States as a young child and has strong family, educational and community ties in the United States. Petitioner has significant ties to the community and continued detention is not necessary to ensure appearance at future proceedings.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes                     ☐ No

**GROUND THREE:**   Petitioner's prolonged detention has caused substantial hardship and violates fundamental fairness principles protected by the Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner has remained detained for several months while pursuing lawful  immigration remedies Continued detention has caused emotional, financial, and family hardship. Petitioner continues pursuing relief through the immigration process while remaining detained.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes                     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner's continued detention is excessive and unnecessary while immigration proceedings remain unresolved.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner's immigration proceedings are still ongoing because his appeal before the Board of Immigration Appeal remains pending. Petitioner seeks a meaningful custody review and appropriate relief from continued detention.

(b) Did you present Ground Four in all appeals that were available to you?

☑Yes                    ☐No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:    I respectfully state that I presented all available grounds through the immigration appeal process available to me.

## Request for Relief

15. State exactly what you want the court to do:

I respectfully request that this Court grant my Petition for Writ of Habeas Corpus and review my continued immigration detention while my appeal before the Board of Immigration Appeals remains pending. I respectfully ask the Court to consider that I entered the United States as a young child, that I have strong family and community ties in this country, and that I am continuing to pursue my immigration case through the proper legal process.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

05/25/2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   05/25/2026

_Alexis Gonzalez_
_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Alexis David Gonzalez Gonzalez

**DEFENDANTS**

Warden, Webb County Detention Center

**(b)** County of Residence of First Listed Plaintiff   **Webb County, Texas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Webb County, Texas**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☒ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging continued immigration detention.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE **05/25/2026**

SIGNATURE OF ATTORNEY OF RECORD
PROSE ALEXIS DAVID GONZALEZ GONZALEZ   *Alexis Gonzalez*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Pro Se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, together with the Civil Cover Sheet (JS-44), Memorandum of Law in Support, Index of Filings and Exhibits, and all supporting exhibits, was served by U.S. Mail on this 25th day of _____May_____, 2026, upon the following:

Civil Process Clerk
United States Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Warden
Webb County Detention Center
9998 S. Highway 83
Laredo, Texas 78046

Respectfully submitted,

Alexis David Gonzalez Gonzalez
A# 223-007-916
Pro Se Petitioner

# INDEX OF FILINGS AND EXHIBITS

| | |
|---|---|
| 1. | Civil Cover Sheet (JS-44) |
| 2. | Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (AO 242) |
| 3. | Memorandum of Law in Support of Petition for Writ of Habeas Corpus |
| 4. | Certificate of Service |
| 5. | Exhibits |

## EXHIBITS

| | |
|---|---|
| Exhibit A | Immigration Case Status Information |
| Exhibit B | Birth Certificate and Identity Documents |
| Exhibit C | Educational Records, School Certificates, and Academic Achievements |
| Exhibit D | Vaccination and Medical Records |
| Exhibit E | Tax Documents and Financial Records |
| Exhibit F | Letter of Support from Casa de Fe Church |
| Exhibit G | Additional Letters of Support and Community Support Letters |
| Exhibit H | Employment Verification Letter and Payroll Records from Bread Elicon |

# EXHIBIT A

Immigration Case Status Information

 An official website of the United States government
Here's how you know

**EOIR** Automated Case Information

---

**Court Closures Today**  May 18, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > GONZALEZ-GONZALEZ, ALEXIS (223-007-916)



# Automated Case Information

## Name: GONZALEZ-GONZALEZ, ALEXIS | A-Number: 223-007-916 | Docket Date: 3/16/2026

 **Next Hearing Information**

*There are no future hearings for this case.*

 **Court Decision and Motion Information**

The immigration judge ordered **REMOVAL**.

**DECISION DATE**

## COURT ADDRESS

1406 JACAMAN ROAD, SUITE B

LAREDO, TX 78041

## MOTION TO REOPEN, IJ JURISDICTION

A Motion to Reopen IJ Jurisdiction was completed on **April 10, 2026**. It was **DENIED**.

# BIA Case Information

A case appeal was received on **April 14, 2026**. It is currently pending.

## ALIEN BRIEF STATUS

No brief due date exists at this time.

## DHS BRIEF STATUS

No brief due date exists at this time.

# 🏛 Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the Board of Immigration Appeals.

**COURT ADDRESS**

OFFICE OF THE CHIEF CLERK

5107 LEESBURG PIKE, SUITE 2000

FALLS CHURCH, VA 22041

**PHONE NUMBER**

(703) 605-1007

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers
Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees
EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
LAREDO IMMIGRATION COURT

LEAD FILE: 223-007-916
IN REMOVAL PROCEEDINGS
DATE: Mar 26, 2026
EAD Clock:

TO: Ramirez Legal Group, LLC
    Ramirez-Fernandez, Ricardo M
    P.O Box 2374
    McAllen, TX   78502

RE: 223-007-916 GONZALEZ-GONZALEZ, ALEXIS

### Notice of In-Person Hearing

Your case has been scheduled for a MASTER hearing before the immigration court on:

Date:       Apr 10, 2026
Time:       1:00 P.M. CT
Court Address: 1406 JACAMAN ROAD, SUITE B, LAREDO, TX 78041

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case.  Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court.  If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, : you must inform the immigration court within five days.  To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

# EXHIBIT B

Birth Certificate and Identity Documents

# Birth Certificate Translation

Certificate found in office:01  Book No. 18  Certificate No. 3477

Registration Date: SEPTEMBER 5, 2002

Registration Place: REYNOSA, TAMAULIPAS

Name: ALEXIS DAVID GONZALEZ GONZALEZ

Date of Birth: MAY 24, 2002

Place of Birth: VALLE HERMOSO, TAMAULIPAS

Name of Father: JoseLuis Gonzalez Contreras

Age: 32      Nationality: Mexico

Name of Mother: Claudia Gonzalez Wvalle

Age: 25      Nationality: Mexico

Date of Issue: September 5th 2002

Magistrate: Rosalba Teran De Robinson

I, Elizabeth Aranda, hereby certify that the above information is an accurate translation of the original Birth Certificate in Spanish and that I am competent in both English and Spanish to render such a translation.

06/24/2021
Date

_____
Elizabeth Aranda



# GOBIERNO DEL ESTADO DE TAMAULIPAS
# REGISTRO CIVIL



EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, CERTIFICO QUE EN LA OFICIALIA No. 1 DEL 29 DE 1952 A DE LA REGISTRO DEL ESTADO CIVIL, ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS.

## ACTA DE NACIMIENTO

1        18        3477
05/09/2002                    REYNOSA, TAMAULIPAS

280320102034771

ALEXIS DAVID GONZALEZ GONZALEZ                    MASCULINO
24/05/2002                                        12:15
, VALLE HERMOSO, TAMAULIPAS.
13438                        AMBOS                 VIVO

JOSE LUIS GONZALEZ CONTRERAS                      MEXICANA
CARRETERA A MATAMOROS  COL. LA ESCONDIDA CP. 0 ., REYNOSA, TAMAULIPAS.        32 AÑOS

CLAUDIA GONZALEZ WVALLE                           MEXICANA
CARRETERA A MATAMOROS  COL. LA ESCONDIDA CP. 0 ., REYNOSA, TAMAULIPAS.        25 AÑOS

LUIS GONZALEZ GONZALEZ (+)                         MEXICANA
MA.SANTOS CONTRERAS ROCHA                          MEXICANA
ELIEZER GONZALEZ PEREZ                            MEXICANA
BERTHA ALICIA WVALLE FERNANDEZ                    MEXICANA

ENRIQUE CORONA PEREZ        29 AÑOS        MEXICANA
RAMIRO GARZA DE LEON        31 AÑOS        MEXICANA

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO :
NOMBRE    ============        EDAD ==        NACIONALIDAD =====
DOMICILIO ============ ,                              PARENTESCO =====

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS,  A 27 A LOS 5 DIAS DEL MES DE SEPTIEMBRE DEL 2002 DOY FE

OFICIAL DEL REGISTRO CIVIL
**ROSALBA TERAN DE ROBINSON**

OFICIALIA PRIMERA
REGISTRO CIVIL
CD. REYNOSA, TAM.

59 115 MES

FOLIO 0669646



# GOBIERNO DEL ESTADO DE TAMAULIPAS
## SECRETARIA DE SALUD
### CERTIFICADO DE NACIDO VIVO

Modelo 2001



SST

FOLIO **13438**

Antes de llenar el certificado, es necesario que lea las instrucciones en el reverso.

Claudia    González Uvalle    EDAD 25

**ESTADO CIVIL**    TALLA 160    58

**RESIDENCIA HABITUAL**
Tamaulipas HM y Rio Bravo    Valle Hermoso    Tamaulipas

**NUMERO DE EMBARAZOS** 3    **NUMERO DE HIJOS NACIDOS MUERTOS** 00

**NUMERO DE HIJOS NACIDOS VIVOS** 3

**ORDEN DE NACIMIENTO ACTUAL** 3

**OCUPACION** Hogar.

**FECHA Y HORA DEL NACIMIENTO** 24 05 2002 12:15    **SEXO**    **EDAD GESTACIONAL**

**TALLA** 51    **PESO AL NACER** 4000    **APGAR A LOS 5 MINUTOS** 9

**ANOMALIAS CONGENITAS, ENFERMEDADES O LESIONES DEL NACIDO VIVO** N...

**SITIO DONDE OCURRIO EL NACIMIENTO**

**SI EL PARTO OCURRIO EN UNIDAD MEDICA INDIQUE:**
NOMBRE H. Civil Luis G. Falcon    INSTITUCION H. Civil.

OFICIALIA PRIMERA REGISTRO CIVIL    TAMAULIPAS 28

**NOMBRE** Dra Zoila Rios Pineda.

**DOMICILIO Y TELEFONO** 5 Febrero - Juarez y Morelos 84 2(203)

**LUGAR Y FECHA DE CERTIFICACION** V. Hermoso Tamps 24-05-02

**FIRMA** Dra zoila Rios Pineda

**CERTIFICO**
GINECO OBSTETRA 1
PEDIATRA 2
OTRO MEDICO 3
ENFERMERA 4
TRABAJO SOCIAL 5
AUTORIDAD CIVIL 6
PARTERA 7

**HUELLA DEL PIE DERECHO DEL RECIEN NACIDO**

**HUELLA DEL PULGAR DERECHO DE LA MADRE**

INSCRIBA EL NACIMIENTO EN EL REGISTRO CIVIL EN LOS PROXIMOS 180 DIAS
ESTE DOCUMENTO NO SUSTITUYE AL ACTA DE NACIMIENTO

DATOS DEL NACIDO VIVO Y DEL NACIMIENTO

DATOS DEL CERTIFICANTE

DISTRIBUCION GRATUITA



Para uso exclusivo de la Secretaría de Relaciones Exteriores para la expedición de pasaportes a personas menores, de edad o personas con discapacidad que no estén en posibilidad de manifestar su voluntad.

For the exclusive use of the Ministry of Foreign Affairs for the issuance of passports to minors or people with disabilities who are unable to express their will.

**PASAPORTE**
**PASSPORT**

# ESTADOS UNIDOS MEXICANOS



| Tipo/ Type | Clave del país de expedición/ Issuing state code | Pasaporte No / Passport No |
|---|---|---|
| P | MEX | N16535600 |

Apellidos/ Surname
GONZALEZ GONZALEZ

Nombres/ Given names
ALEXIS DAVID

| Nacionalidad/ Nationality | Fecha de nacimiento/ Date of birth |
|---|---|
| MEXICANA | 24 05 2002 |

CURP/ Personal No.
GOGA020524HTSNNLA4

| Sexo/ Sex | Lugar de nacimiento/ Place of birth |
|---|---|
| M | VALLE HERMOSO, TAMS., MEX |

| Fecha de expedición/ Date of issue | Fecha de caducidad/ Expiry date | Observaciones/ Remarks |
|---|---|---|
| 13 02 2025 | 13 02 2028 | |

Firma del Titular/ Holder's Signature

Autoridad/ Authority

MIGUEL DELGADO RODRIGUEZ

MC ALLEN



008983



P<MEXGONZALEZ<GONZALEZ<<ALEXIS<DAVID<<<<<<<<<
N165356001MEX0205241M2802138<<<<<<<<<<<<<<<02



# MÉXICO

## MATRÍCULA CONSULAR - CONSULAR ID CARD

NOMBRES / GIVEN NAMES
**ALEXIS DAVID**

APELLIDOS / SURNAMES
**GONZALEZ GONZALEZ**

DIRECCIÓN / ADDRESS
7511 LAKEVIEW DR
78574
MISSION, TEXAS

LUGAR Y FECHA DE NACIMIENTO / PLACE AND DATE OF BIRTH
TAMS.
VALLE HERMOSO
24 05 2002

FECHA DE EXPEDICIÓN / ISSUE DATE
12 08 2023

FECHA DE EXPIRACIÓN / EXPIRY DATE
12 08 2028

AUTORIDAD / AUTHORITY
MC ALLEN

FIRMA / SIGNATURE

RELACIONES EXTERIORES

MÉXICO

A00629780



# EXHIBIT C

Educational Records, School Certificates, and Academic Achievements

# The University of Texas
# Rio Grande Valley

TXGDC

## Statement of Student Eligibility

Student First Name: Alexis     Student Last Name: Gonzalez     ID: _____

DOB: 05/24/06   Primary Phone #: (956) 291-9828   Secondary Phone #: (____) _____

Have you ever been convicted of a felony or an offense under Chapter 481, Health and Safety Code (Texas Controlled Substances Act), or under the law of another jurisdiction involving a controlled substance as defined by Chapter 481, Health and Safety Code?

✓ No ____ Yes*

I hereby certify that the information I have provided is true and correct. By signing this statement, I agree that it is my responsibility to inform you if my status regarding Chapter 481, Health and Safety Code (Texas Controlled Substances Act) changes in the future at any time while I am receiving the TEXAS Grant. I understand that if I fail to provide accurate information, I may be required to reimburse The University of Texas Rio Grande Valley and penalties may be imposed.

_____     04-15-2024

**Student's Signature**                        **Date**

* If your answer is yes, please contact the Financial Aid Office to determine your TEXAS Grant eligibility.

### Reference: Statutory Program Restrictions

A person is not eligible to receive an initial or renewal TEXAS Grant...

"...if the person has been convicted of a felony or an offense under Chapter 481, Health and Safety Code (Texas Controlled Substances Act), or under the law of another jurisdiction involving a controlled substance as defined by Chapter 481, Health and Safety Code, unless the person has met the other applicable eligibility requirements under this subchapter and has:

1. received a certificate of discharge by the Texas Department of Criminal Justice or a correctional facility or completed a period of probation ordered by a court, and at least two years have elapsed from the data of the receipt or completion; or
2. been pardoned, had the record of the offense expunged from the person's record, or otherwise has been released from the ineligibility to receive a grant under this subchapter."

Citations:

TEXAS Grant Initial awards     : TEC 56.304(b)

Renewal awards: TEC 56.305(b)

**Please submit to either of the following UTRGV locations:**

| The Tower, Main 1.100<br>One West University Blvd.<br>Brownsville, Texas 78520<br>Ph: (888) 882-4026<br>Fax: (956) 882-8229 | Visitors Center 1.113<br>1201 West University Drive<br>Edinburg, Texas 78539<br>Ph: (888) 882-4026<br>Fax: (956) 665-2392 |
|---|---|

As per HB 1922 (Subtitle A, Title 5, Government Code, Chapter 559), it is the policy of the state that an individual is entitled, on request, to receive, review and/or correct any information about the individual which has been submitted to UTRGV, with few exceptions. The information UTRGV collects will be retained and maintained as required by Texas records retention laws (Section 441.180 et seq. of the Texas Government Code) and rules.

For Office Use Only:

Tracking Requirement Cleared by:_____     Date:_____

**TXGDC**

# 2021-22 TASFA
## Texas Application for State Financial Aid

July 1, 2021 – June 30, 2022

The Texas Application for State Financial Aid (TASFA) is a free application that collects information to help determine eligibility for state (or institutional) financial aid programs administered by institutions of higher education in the state of Texas. Students classified as Texas residents who are not eligible to apply for federal financial aid using the Free Application for Federal Student Aid (FAFSA) are encouraged to complete the TASFA. To review the FAFSA filing requirements, visit fafsa.gov or contact the financial aid office at the institution you plan to attend for the 2021-22 award year. Note: the federal application covers federal and state financial aid opportunities. If you meet the FAFSA filing requirements, then you should submit a completed FAFSA. You do not need to complete both the FAFSA and TASFA.

The state financial aid priority application deadline for many institutions of higher education is January 15, 2021 for the 2021-22 award year. In order to be considered for the most financial aid that may be available to you, it is important to complete and submit this application with all required documentation to the financial aid office on or before Jan. 15. Note: Texas residency and final eligibility for financial aid can only be determined by the institution that you plan to attend.

To complete this application, answer each item within each section. If a question does not apply to you, answer N/A for not applicable. For clarification on certain items, refer to the TASFA Notes on pages 6-8. If you have further questions about this form, contact the financial aid office at your institution. Some institutions have an online version of the TASFA, check with your institution before filling out the pdf or paper version. Note: Personal information collected on the TASFA is protected under the Family Educational Rights and Privacy Act (FERPA) of 1974.

## SECTION ONE: STUDENT INFORMATION (See Notes for questions 5-6)

**1. Last Name** Gonzalez

**2. First Name** Alexis Gonzalez

**3. M.I.** D

**4. Date of Birth** 05 24 02

**5. Social Security Number, DACA Number, or N/A** ☑ N/A

**6. College Student ID #** AC0651736

**7. Permanent Mailing Address** Attn 7511 Lakeview dr

**8. City** Mission

**9. State** Tx

**10. Zip Code** 78574

**11. Phone Number** (956) 641-9828

**12. Email Address** Alexisglz.473@gmail.com

**13. What will your high school (HS) completion status be when you begin college in the 2021-22 school year?**
High school diploma ☑
General Educational Development (GED) certificate ☐ (Skip to Question 18)
Homeschooled ☐ (Skip to Question 15)
None of these ☐ (Skip to Question 18)

**14. High School Name** (if applicable) Idea Mission College prep

**15. High School City** (if applicable) Mission

**16. HS State** (if applicable) Tx

**17. Date of Graduation** (HS or GED) 2020

**18. Will you have your first bachelor's degree before you begin the 2021-22 school year?** ☐ Yes ☑ No

**19. What will your college grade level be when you begin the 2021-22 school year?**

| | |
|---|---|
| Never attended college (No college credits) | ☐ |
| 1st year undergraduate | ☑ |
| 2nd year undergraduate/sophomore | ☐ |
| 3rd year undergraduate/junior | ☐ |
| 4th year undergraduate/senior | ☐ |
| 5th year/other undergraduate | ☐ |
| 1st year graduate/professional | ☐ |
| Continuing graduate/professional or beyond | ☐ |

**20. What degree or certificate will you be working on when you begin the 2021-22 school year?**

| | |
|---|---|
| 1st bachelor's degree | ☑ |
| 2nd bachelor's degree | ☐ |
| Associate degree (occupational, technical, general education, or transfer program) | ☐ |
| Certificate or diploma | ☐ |
| Teaching credential (nondegree program) | ☐ |
| Graduate or professional degree | ☐ |
| Other/undecided | ☐ |

Prepared for: Alexis Gonzalez on 03/24/2026
DID#:          TRUPW81M
Parchment Student ID: 98250278
Page 3 of 4

Pk .

## LA JOYA INDEPENDENT SCHOOL DISTRICT
### HEALTH RECORD

Name: GONZALEZ, ALEXIS DAVID _____ I.D.# _1220202_

D.O.B. 5.24.02.  
6 M N Minnesota Rd  
Mission TX.

Parent/Guardian: Jose & Claudia Gonzalez  
Cell # (956) 563-5077

### IMMUNIZATION RECORD

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DTP/TD | 8-8-02 | 10-7-02 | 9-11-03 | W.5.04 | 6-6-06 | | | | | |
| Polio | 5-24-02 | 8-8-02 | 10-7-02 | 9-11-03 | 3-3-05 | 2-18-00 | 5-27-06 | | | |
| MMR | 9-11-03 | 6-6-06 | | | Hep. A | 11-28-06 | | | | |
| Measles | | | | | Hep. B | 8-8-02 | 10-7-02 | 9-11-03 | | |
| Varicella | 11-28-06 | | | | HibCV | 8-8-02 | 10-7-02 | 9-11-03 | | |
| PCV7 | 11-28-06 | | | | BCG Other | 5-24-02 | | | | |

TB Skin Test   Date: 11-28-06   neg   mm Date: 11-30   mm Date:   mm  
Chest X-Ray   Date:   Results:   Medications:

### HEALTH SCREENS

| VITAL STATISTICS | | | | | VISION | | | | | | HEARING @ 25 dB | | | | | | | | INSPECTION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Age | Gr. | Ht. | Wt. | W/Corr R | W/Corr L | W/Corr R | W/Corr L | Chart | Screener | RIGHT 1000 | 2000 | 4000 | LEFT 1000 | 2000 | 4000 | Screener | Teeth | Hair | B/P | AN |
| 01-30-07 | 4 | Pk | 4'5 | 3b | 20/20 | 20/20 | — | | H | MCRUBB | + | + | + | + | + | + | MCRUBB | ✓ | ✓ | ~ | (-) |
| 090707 | | 1st | 4'7 | 44 | 20/20 | 20/20 | | Not obt | | + | + | + | + | + | + | OBRN | ✓ | ✓ | | |
| 091108 | | | | | | | | | | | | | | | | | | ✓ | ✓ | | |
| 090707 | | KG | 44 | 41 1/2 | 20/25 ou | — | | E | obtn | + | + | + | + | + | + | OBRN | ✓ | ✓ | | |
| 091108 | | 1st | 47 1/2 | 44 | 20/20 ou | — | | Not obt | + | + | + | + | + | + | OBRN | ✓ | ✓ | — | — |
| 9/1/10 | | 3rd | 50 | 53 | | — | | | + | + | + | + | + | + | MA | ✓ | ✓ | — | |
| 1.21.13 | | 5th | 55 | 67 | 20/20 | 20/20 | — | | S | | + | + | + | + | + | + | MA | | | | |

### MEDICAL HISTORY
Allergies: NKA @ Medical Hx.

### SCOLIOSIS

| DATE | RESULTS | SCREENER |
|---|---|---|
| | | |
| | | |
| | | |

LA JOYA I.S.D.
ADMISSIONS & RECORDS

MAR 24 2026

OFFICIAL RECORD
DO NOT ALTER

This transcript is official when downloaded directly from the Parchment Exchange website. To verify the validity of the transcript, go to
https://exchange.parchment.com/d/tracking/didtracker.htm?did=TRUPW81M

This transcript is official when downloaded directly from the Parchment Exchange website. To verify the validity of the transcript, go to https://exchange.parchment.com/d/tracking/didtracker.htm?did=TRUPW81M

Prepared for: Alexis Gonzalez when on 03/24/2026
DID#: TRUPW81M
Parchment Student ID: 98250278
Page 2 of 4

Name: Gonzalez Alexis David    D.O.B. 05/24/02    Social Security Number 5189866600
*(last)* *(first)* *(middle)*    ID# 1220262

### Pre-Kindergarten

| DATE | PRE-KINDERGARTEN | 1st | 2nd | Year |
|---|---|---|---|---|
| Date: 05/31/2007 | | | | PK Grade |
| Teacher: GONZALEZ, A | | 1st Sem | 2nd Sem | Year Avg |
| PLAN A.G | | | | |
| MATHEMATICS | | | S | S |
| LANGUAGE | | | P | S |
| ESL | | | S | S |
| HEALTH | | | S | S |
| FINE ARTS | | | S | S |
| FINE MTR DEV | | | S | S |
| TECHNOLOGY | | | S | S |
| SCIENCE | | | S | S |
| SOC STUDIES | | | S | S |
| CONDUCT | | | S | S |
| Days enrolled | | 0 | 80 | 80 |
| Days present | | 0 | 78 | 78 |
| Days absent | | 0 | 2 | 2 |

** PROMOTED **
122 1220262    GONZALEZ GONZALEZ, ALEXI

### Kindergarten

| DATE 07/08 | KINDERGARTEN | 1st Sem | 2nd Sem | Year Avg. |
|---|---|---|---|---|
| PLAN E. Hilario | | | | |
| LISTENING & SPEAKING | | | | |
| READINESS | | | | |
| READING /LD | | NI | E | E |
| PRE-WRITING | | | | |
| MATHEMATICS | | NI | P | P |
| SCIENCE | | NI | S | S |
| SOCIAL STUDIES | | S | S | S |
| FINE ARTS | | S | S | S |
| HEALTH | | S | E | S |
| PHYSICAL EDUCATION | | E | E | E |
| ESL | | NI | NI | NI |
| Tech. | | P | P | P |
| CONDUCT /Social Hab. | | S | S | S |
| READING LEVEL | | | | |
| DAYS ENROLLED | | 79 | 100 | 179 |
| DAYS PRESENT | | 74 | 95 | 172 |
| DAYS ABSENT | | 5 | 5 | 7 |

PROMOTED TO 1st    RETAINED IN

GONZALEZ GONZALEZ, ALEXIS    2020-01 05-06
1220262    S1 S2 F
COMPREHEN BUTCHER 75 90 83
COMPOSITI BUTCHER 87 83 85
CONDUCT BUTCHER 85 82 84
GRAMMAR BUTCHER 92 94 93
HEALTH REYNA J 94 95 95
LANGUAGE BUTCHER 89 92 91
MATH BUTCHER 84 86 85
MUSIC GARRETT 93 93 93
ORAL READ BUTCHER 87 92 90
PHYSICAL GARZA A 89 90 90
PENMANSHI BUTCHER 85 95 95
READING L BUTCHER 2.1 2.1
SCIENCE BUTCHER 83
SPELLING BUTCHER 95 99 97
SOCIAL ST BUTCHER 87 87 87
PROMOTED
MBR DAYS 179.0
0.0E 0.00 0T

GONZALEZ GONZALEZ, ALEXIS    2020-01 09-10
1220262    S1 S2 F
COMPREHEN GUILLEN 66 67 67
COMPOSIT GUILLEN 85 86 86
CONDUCT GUILLEN 95 90 88
GRAMMAR GUILLEN 92 92 92
HEALTH DIAZ 65 99 87
LANGUAGE GUILLEN 89 91 90
MATHEMATI GUILLEN 85 82 84
MUSIC GARRETT 95 95 95
ORAL READ GUILLEN 94 96 95
PHYSICAL REYNA J 95 96 96
PENMANSHI GUILLEN 89 90 89
SCIENCE GUILLEN 90 88 89
SPELLING GUILLEN 97 94 96
SOCIAL ST GUILLEN 95 90 91
PROMOTED
MBR DAYS 174.0
0.0E 0.00 0T

GONZALEZ GONZALEZ, ALEXIS    2020-0 10-11
1220262    S1 S2 F
COMPREHEN DE LEON 79 87 82
COMPOSITI DE LEON 93 90 87
CONDUCT DE LEON 88 88 88
GRAMMAR DE LEON 90 84 87
HEALTH REYNA J 96 96 97
LANGUAGE CANTU 9 83
MATHEMATI DE LEON 74 87 83
MUSIC GARRETT 93 90 92
ORAL READ DE LEON 79 41 65
PHYSICAL REYNA J 96
PENMANSHI DE LEON 84 86 85
SCIENCE DE LEON 92 91 92
SPELLING DE LEON 86 89 87
SOCIAL ST DE LEON 94 90 87
PROMOTED
MBR DAYS 176.0
0.0E 4.00 0T

GONZALEZ GONZALEZ, ALEXIS    2020-0 11-12
1220262    S1 S2 F
READ COMP CRISTIN 71 64 68
COMPOSITI CRISTIN 88 85 86
CONDUCT CRISTIN 77 71 74
GRAMMAR CRISTIN 85 83 74
HEALTH GARZA 95 95 90
LANGUAGE CRISTIN 74 70 72
MATHEMATI CRISTIN 75 72 73
MUSIC GARRETT 94 84 88
PHYSICAL GARZA 87 95 91
PENMANSHI CRISTIN 91 74 75
SCIENCE CRISTIN 75 73 76
SPELLING CRISTIN 79 74 77
SOCIAL ST CRISTIN 79 70 75
PROMOTED
MBR DAYS 140.0
0.0E 4.00 0T

GONZALEZ GONZALEZ, ALEXIS    2020-05 12-13
1220262    MARIA REYNA    S1 S2 F
READ COMP REYNA 82 76 79
COMPOSITI REYNA 77 75 76
CONDUCT REYNA 83 85 84
GRAMMAR REYNA 80 76 78
HEALTH GARZA 95 95 95
LANGUAGE REYNA 79 75 77
MATHEMATI REYNA 78 74 76
MUSIC GARRETT 87 97 92
PHYSICAL GARZA 95 95 95
PENMANSHI REYNA 84 81 83
SCIENCE REYNA 79 78 79
SPELLING REYNA 74 74 74
SOCIAL ST REYNA 87 83 85
RETAINED
MBR DAYS 178.5
0.0E 12.00 1T

### Sixth Grade

| DATE | SIXTH GRADE | 1st Sem | 2nd Sem | Year Avc. |
|---|---|---|---|---|
| PLAN | | | | |
| ORAL READING | | | | |
| COMPREHENSION | | | | |
| COMPOSITION | | | | |
| GRAMMAR | | | | |
| LANGUAGE ARTS AVERAGE | | | | |
| SPELLING | | | | |
| MATHEMATICS | | | | |
| SCIENCE | | | | |
| SOCIAL STUDIES | | | | |
| PHYSICAL EDUCATION | | | | |
| PENMANSHIP | | | | |
| HEALTH | | | | |
| FINE ARTS | | | | |
| CONDUCT | | | | |
| READING LEVEL | | | | |
| DAYS ENROLLED | | | | |
| DAYS PRESENT | | | | |
| DAYS ABSENT | | | | |

PROMOTED TO_____ RETAINED IN_____

LA JOYA I.S.D.
ADMISSIONS & RECORDS
MAR 24 2026
OFFICIAL RECORD
DO NOT ALTER

School

LA JOYA I.S.D.
ADMISSIONS & RECORDS
OFFICIAL RECORD

This transcript is official when downloaded directly from the Parchment Exchange website. To verify the validity of the transcript, go to https://exchange.parchment.com/d/tracking/didtracker.htm?did=TRUPW81M

Case 5:26-cv-01008    Document 61-16    Filed 05/29/26 in TXSD    Page 30 of 88    Official Transcript



ID # 12202623
S1898600

PUPIL'S CUMULATIVE RECORD - (SCHOOL) Dr. Americo Paredes Elem. 1226262

Name (Last) Gonzalez Gonzalez  (First) Alexis  (Middle) David  (Sex) M

P.O. DRAWER J - LA JOYA, TEXAS 78560

Birthplace (Country or State): Mexico

Family Doctor ___ Phone ___

Real Father: Jose Luis Gonzalez
Real or Step Mother's Maiden Name: Claudia Gonzalez
Step Father or Guardian: x
Current Residence: 7514 Lakeview ... beige trailer home
Phone: 650-0953  S 189 86600

Birthdate: 05 24 2002
Place of Birth: Valle Hermoso, Mexico
Info. Based on: BC.
Age at Entrance: (Yrs.) 4 (Mos.) 8

Gonzalez Gonzalez Alexis 03

| GRADE | SCHOOL YEAR | DATE OF ENTRANCE | NAME OF SCHOOL LAST ATTENDED |
|---|---|---|---|
| PK | 06-07 | 1/3/07 | Wilson Elem. McAllen |
| Kinder | 07-08 | 8-27-07 | E.R. Chapa |
| 1st | 2008-09 | 8-25-08 | E.R. Chapa |
| 2nd | 2009-2010 | 8/24/09 | E.R. Chapa Elem. |
| 3rd | 2010-11 | 8/23/10 | E.R. Chapa |
| 4th | 2011-12 | 8-22-11 | E.R. Chapa |
| 5th | 2012-2013 | 8-27-12 | E.R. Chapa |

WITHDRAWAL AND REASON

LA JOYA I.S.D.
ADMISSIONS & RECORDS

MAR 24 2026

OFFICIAL RECORD
DO NOT ALTER

01 - PHYSICAL
02 - MEDICAL REASONS
03 - ECONOMIC REASONS
04 - MARRIAGE
05 -
06 - MIGRATORY
07 - TRANSFER (IN DIST.)
08 - OTHER (SPECIFY)
S - Satisfactory
U - Unsatisfactory

Pendaflex

Case 5:26-cv-01008   Document 01-16   Filed 05/29/26 in TXSD   Page 31 of 88

Signatures/*Firmas*            Conference Requested/*Conferencia Requerida*

1st Six Weeks: _Maria Gonzalez_
*Primer periodo de seis semanas*                    Yes/No (Si)/No

2nd Six Weeks: _____
*Segundo periodo de seis semana*                    Yes/No (Si)/No

_Necesita hablar con usted_
3rd Six Weeks: _Maria Gonzalez_
*Tercer periodo de seis semanas*                    Yes/No - *Si/No*

4th Six Weeks: X _Maria Gonzalez_
*Cuarto periodo de seis semanas*                    Yes/No - *Si/No*

5th Six Weeks: X _Maria Gonzalez_
*Cuarto periodo de seis semanas*                    Yes/No - *Si/No*

## Attendance Report/*Reporte de asistencia*

|  | 1 | 2 | 3 | 1st Sem. | 4 | 5 | 6 | 2nd Sem. | Year Total |
|---|---|---|---|---|---|---|---|---|---|
| Total Days / *Dias de asistencia* | 29 | 30 | 20 | 79 | 32 | 33 | 35 | 100 | 179 |
| Days Absent / *Dias ausente* | 0 | 1 | 1 | 2 | 0 | 1 | 2 | 3 | 5 |
| Days Present / *Dias presente* | 29 | 29 | 19 | 77 | 32 | 32 | 33 | 97 | 174 |
| Days off Roll / *Dias fuera de lista* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

School Telephone Number/
*Número de teléfono escolar:* _580-6150_

Teacher's Conference Time/
*Horario de conferencias con la/el maestra(o):* _8-8.45/3:30-4_

Grade Assignment for Next Year/
*Grado asignado para el próximo año:* _1st_
(Grade/*Grado*)

# LA JOYA INDEPENDENT SCHOOL DISTRICT

# KINDERGARTEN REPORT CARD

Name/*Nombre:* _Alexis Gonzalez_

Teacher/*Maestra(o):* _E. Hilario_

Principal/*Director(a):* _Raul Valdez_

School Year/*Año escolar:* _2007-2008_

Room #/*Salón #:* _7_

School/*Escuela:* _E.B. Chapa_

Case 5:26-cv-01708 Document 61-5 Filed 05/29/26 in TXSD Page 32 of 88



# Dr. Americo Paredes Elementary

This Certificate is presented to

Alexis Gonzalez

for

completing Pre-Kindergarten

given this 31st day of May, 2007.

Teacher

Principal

Case 5:26-cv-01008   Document 61-16   Filed 05/29/26 in TXSD   Page 33 of 88

Teacher's Conference Time: 10:45 - 11:30

*Hora de conferencia del maestro/a*

School Phone # / *Teléfono de la escuela:* 971-4525

| Conference Required / *Se requiere conferencia* | Date of Conference / *Fecha de conferencia* |
|---|---|

**1ª Six Weeks – *1ª seis semanas***

Parent Signature / *Firma del padre:* _____
Parent/Teacher Comments / *Comentarios del padre o maestro*

**2ª Six Weeks – *2ª seis semanas***

Parent Signature / *Firma del Padre:* _____
Parent/Teacher Comments / *Comentarios del padre o maestro*

**3ª Six Weeks – *3ª seis semanas***

Parent Signature / *Firma del Padre:* _____
Parent/Teacher Comments / *Comentarios del padre o maestro*

**4ª Six Weeks – *4ª seis semanas***

Parent Signature / *Firma del Padre:* _____
Parent/Teacher Comments / *Comentarios del padre o maestro*

**5ª Six Weeks – *5ª seis semanas***

Parent Signature / *Firma del Padre:* _____
Parent/Teacher Comments / *Comentarios del padre o maestro*

**6ª Six Weeks – *6ª seis semanas***

Teacher Comments / *Comentarios del maestro*

Recommended for Grade/ *Recomendado para el grado:* _____

Teacher's Signature/ *Firma del maestro/a*

Date/ *Fecha* _____



# MC ALLEN
INDEPENDENT SCHOOL DISTRICT

### Prekindergarten Report Card
*Tarjeta de calificaciones de prekindergarten*
20 06 - 20 07

**Alexis Gonzalez**
Student's Name/ *Nombre del alumno*

School/ *Escuela* Wilson Elem.

Teacher/ *Maestro(a)* Mrs. Earnest

Room/ *Salón* 1   Conference Period/ *Hora de conferencia* 10:45-11:30

Principal/ *Director(a)* Eulalia Tijerina

Dear Parents,

Developmentally appropriate curriculum provides for all areas of your child's development. Your child's Prekindergarten teacher emphasizes learning as an interactive process. He/she prepares the environment for your child to learn through active exploration and interaction with adults, other children, and materials.

Your child's teacher keeps samples of student work and other records as well. Please feel free to inquire about these and to express your interest in your child's progress any time. Having your child be successful is our common goal. Please stress your child's STRENGTHS.

*Estimados padres de familia:*

*Un plan de estudios adecuadamente elaborado proporciona el desarrollo integral de su hijo en todas las materias académicas. El maestro de prekindergarten enfatiza el aprendizaje como un proceso interactivo. Prepara el ambiente para que su hijo aprenda a través de una exploración activa e interacción con los adultos, con otros estudiantes y con materiales de instrucción.*

*El maestro guarda muestras de trabajos de los alumnos, así como otros documentos de información. Por favor, sienta la confianza de preguntar sobre esta información y de expresar su interés en el progreso de su hijo. Ver a su hijo superarse es nuestra meta en común. Por favor, encomie sus LOGROS.*

Sincerely/*Atentamente,*

Yolanda Chapa
Yolanda Chapa
Superintendent/*Superintendente*



# High School Graduation Recognition

## This Congressional Certificate is presented to:

*Alexis David Gonzalez Gonzalez*

In honor of your graduation from high school. Congratulations on this achievement and may you successfully pursue your goal of a higher education.

Henry Cuellar
Member of Congress
28th Congressional District of Texas



**IDEA**
Academy



# COLLEGE
*for all children*

No Excuses!

## ALEXIS D. GONZALEZ

*has met the*

# AP STANDARD QUALIFICATIONS

For *Spanish Literature and Culture.*



*Cristina Cavazos-Escamilla*

Christina Cavazos-Escamilla, Principal

**IDEA Mission Academy 2018-2019**

## IDEA Mission College Prep 2019-2020
### IDEA College Preparatory 401 S 1st St. Donna, TX 78537
### Telephone: (956) 464-0203    Fax: (956) 464-8532
### 12th Grade Report Card

Home Room Teacher: Reyes, Rebecca

# Gonzalez Gonzalez, Alexis David

| COURSE NAME | TEACHER NAME | Q1 | Q2 | S1 | Q3 | Q4 | S2 | Y1 | E1 |
|---|---|---|---|---|---|---|---|---|---|
| AP English Literature and Composition | Reyes, Rebecca | 85 | 80 | 83 | 81 | 81 | 81 | 82 | . |
| AP Calculus AB | Herrera, Willmar G | 91 | 95 | 93 | 100 | 100 | 100 | 97 | . |
| AP Biology | Garza, Diana | 87 | 81 | 84 | 81 | 85 | 83 | 84 | . |
| AP Microeconomics | Leal Cisneros, Danna | - | - | . | 90 | 90 | 90 | 90 | 50 |
| AP U.S. Government | Leal Cisneros, Danna | 91 | 91 | 91 | - | . | . | 91 | . |
| AP Computer Science Principles | Saenz, Norma L | 81 | 91 | 86 | 77 | 77 | 77 | 82 | . |
| Business Information Management Systems | Saenz, Norma L | 86 | 86 | 86 | 84 | 84 | 84 | 85 | 50 |
| Road to and through College IV | Diaz, Arianna Yadira | 91 | 93 | 92 | 81 | 92 | 87 | 90 | 90 |

___ Promoted ___ ___ Retained ___ ___ Placed ___

Teacher Signature: _____    Date: 12-10-2020

Principal Signature: _Clacanielo_    Date: 12-10-2020

### Absences

| | Excused | Unexcused | Tardies |
|---|---|---|---|
| Q1 | 0 | 0 | 0 |
| Q2 | 0 | 0 | 0 |
| Q3 | 0 | 0 | 2 |
| Q4 | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 2 |

IDEA Public Schools policy states that if a student is absent 10 or more days, promotion to the next grade will be determined by a standing committee. Excessive unexcused absences can also lead to a disciplinary action.

La política de IDEA Public Schools dicta que si un estudiante está ausente 10 o más días, la decisión de la promoción del estudiante será determinada por un comité.

IDEA Public Schools prepare students from underserved communities for success in college and citizenship.

**IDEA** Public Schools

IDEA Public Schools preparar a los estudiantes de las comunidades marginadas para lograr el éxito en la Universidad y ciudadanía.

Case 5:26-cv-01008   Document 6-6   Filed 06/09/26 in TXSD   Page 37 of 88

# Certificate of excellence

This is presented to

## Alexis Gonzalez Gonzalez

*For receiving a 5 on the AP US Government*

*and Politics Unit 3 Exam*



11/ 20/19

**Danna Leal Cisneros**                                **Date**

AP U.S GOVERNMENT AND
POLITICS TEACHER

# AP CSP TEAM & FAMILY SCHOLAR

## Alexis Gonzalez-Gonzalez (12th)

is thanked for helping support and guide his peers in AP CSP.  His knowledge in the content continues to help guide other students to successful outcomes.  Keep up the great work- RISE UP!



PRESENTED BY:          *Mrs. N. Saenz, AP CSP Teacher*

ON THIS DAY:          *October 23, 2019*

# IDEA COLLEGE PREPARATORY MISSION

Mission, Texas

This Certifies That

## Alexis David Gonzalez Gonzalez

Has successfully completed the Course of Study as prescribed for

graduation by the IDEA Public Schools and is therefore awarded this

## HIGH SCHOOL DIPLOMA

Given this month of May, two thousand and twenty.



FOUNDER AND CEO

EXECUTIVE PRINCIPAL

# Honor Roll

This certificate is awarded to

## Alexis D. Gonzalez-Gonzalez

for having A/B honor roll the 1st Semester
during the 2009-2010 school year at
Elodia R. Chapa Elementary.



_____
Teacher

1-22-10
_____
Date



Case 5:26-cv-01008    Document 6-6    Filed 06/09/26 in TXSD    Page 41 of 88

# E. R. Chapa Elementary
# Diploma

This diploma is presented to

_Alexis D. Gonzalez_

for

"Completing Elementary School"

given this 23rd day of May, 2013.

_____
Teacher

_Irma Vela, Principal_

# Honor Roll

This certificate is awarded to

## Alexis Gonzalez

for having honor roll the 1st Semester
during the 2008-2009 school year at
Elodia R. Chapa Elementary.




Teacher


01/16/2009
Date



Case 5:26-cv-01008   Document 6-6   Filed 06/09/26 in TXSD   Page 42 of 88

# EXHIBIT D

Vaccination and Medical Records

Name (Nombre) _Alexis gonzalez_   Date of Birth (Fecha de Nacimiento) _5-24-02_

| Date (Fecha) | Vaccine (Vacuna) | Validation (Validación) | Next Dose (Próxima Dosis) |
|---|---|---|---|
| 8-8-02 / 10.7.02 / 9-11-03 | Hepatitis B / Hepatitis B / Hepatitis B | > copy Mex card | |
| 8/3/02 / 10/7/02 / 9/11/03 / 10/5/04 / 6/6/06 / 8/21/13 | DTP/DTaP/DT/Td / DTP/DTaP/DT/Td / DTP/DTaP/DT/Td / DTP/DTaP/DT/Td / DTP/DTaP/DT/Td / DTP/DTaP/DT/Td   Tdap | > Copy MX Card   Dr. Javier Medina | |
| | Hib / Hib / Hib / Hib | | |
| 11-28-06 | Pneumococcal Conjugate / Pneumococcal Conjugate / Pneumococcal Conjugate / Pneumococcal Conjugate | Dr. Samuel Bravo | |
| 5/24/02 / 8/3/02 / 10/7/02 / 2/18/06 | OPV/IPV / OPV/IPV / OPV/IPV / OPV/IPV   (circle one) | Copy / Copy / Copy / Copy  > MX | |
| 3-25-10 / 9-11-03 / 6-6-06 | MMR #2 / MMR #1 / Measles (Sarampión) | NUESTRA CLINICA DEL VALLE-MEMORIAL | |
| 11-28-06 / 3/20/09 | Varicella (Chickenpox) / Varicella (Chickenpox) / Varicella History / Date of Varicella Disease | Dr. Samuel Bravo   SAN MARTIN DE PORRES CLINIC | |
| 11-28-06 / 3/20/09 | Hepatitis A / Hepatitis A | Dr. S. Bravo   SAN MARTIN DE PORRES CLINIC | |
| | Pneumococcal Polysaccharide | | |
| 3/20/09 / 1-4-10 / 3-25-10 | Influenza / Influenza H1N1 / H1N1 | SAN MARTIN DE PORRES CLINIC   NUESTRA CLINICA DEL VALLE-MEMORIAL   NUESTRA CLINICA DEL VALLE-MEMORIAL | |

| TB Test | Date Read | Results | TB Test | Date Read | Results |
|---|---|---|---|---|---|
| 11-08-06 | 11-30-06 | neg | | | |
| | | | | | |
| | | | | | |

Texas Department of Health - Immunization Division          C-102 (2/2000)

# ENGLISH TRANSLATION

**NATIONAL VACCINATION CARD**

**GENERAL INFORMATION**

Last Name (Father): Gonzalez
Last Name (Mother): Gonzalez
First Name(s): Alexis David

Address: Matamoros Street, La Arboleda Neighborhood

Date of Birth: May 24, 2002

Place of Birth: Valle Hermoso, Tamaulipas, Mexico

Date of Registration: September 5, 2002

Place of Registration: Reynosa, Tamaulipas, Mexico

**BASIC VACCINATION SCHEDULE**

**BCG**
Disease Prevented: Tuberculosis
Dose: Single Dose
Age: At Birth
Vaccination Date: May 24, 2002

**SABIN**
Disease Prevented: Poliomyelitis

Preliminary Dose – At Birth – May 24, 2002
First Dose – 2 Months – August 8, 2002
Second Dose – 4 Months – October 7, 2002
Third Dose – 6 Months – September 11, 2003

Additional Doses – March 3, 2005; March 18, 2006; May 27, 2006

**PENTAVALENT DPT + HB + Hib**

Diseases Prevented: Diphtheria, Pertussis, Tetanus, Hepatitis B, and Haemophilus Influenzae Type B Infections

First Dose – 2 Months – August 8, 2002

Second Dose – 4 Months – October 7, 2002

Third Dose – 6 Months – September 11, 2003

**DPT**

Diseases Prevented: Diphtheria, Pertussis, Tetanus

Booster 1 – 2 Years – October 8, 2004

Booster 2 – 4 Years – June 6, 2006

**MMR (Measles, Rubella, Mumps)**

First Dose – 1 Year – September 11, 2003

Second Dose – 6 Years

**MR (Measles and Rubella)**

Additional Dose – June 6, 2006

**Td**

Diseases Prevented: Tetanus and Diphtheria

Booster – Beginning at 12 Years of Age

**HEPATITIS B**

First Dose – Beginning at 12 Years of Age

Second Dose – One Month After the First Dose

**OTHER VACCINES:**

Varicella – October 8, 2004

# CARTILLA NACIONAL DE VACUNACIÓN

CURP

## DATOS GENERALES

☐ mujer ☐✓ hombre

**NOMBRE** González _primer apellido_ González _segundo apellido_ Alexis David _nombre/s_

**DOMICILIO** Carr. Matamoros _calle y número_ la escondida _colonia o localidad_ _municipio o delegación_ _entidad federativa_

**FECHA DE NACIMIENTO** 24 _día_ Mayo _mes_ 2002 _año_

**LUGAR DE NACIMIENTO** Valle H. _localidad_ Valle Hermoso _municipio o delegación_ Tamaulipas _entidad federativa_

**FECHA DE REGISTRO** 05 _día_ 01 _mes_ 02 _año_

**LUGAR DE REGISTRO** Reynosa _localidad_ Reynosa _municipio o delegación_ Tamaulipas _entidad federativa_

## ESQUEMA BÁSICO DE VACUNACIÓN

| VACUNA | ENFERMEDAD QUE PREVIENE | DOSIS | EDAD | FECHA DE VACUNACIÓN |
|---|---|---|---|---|
| BCG | TUBERCULOSIS | ÚNICA | Al nacer | 24 Mayo 2002 |
| SABIN | POLIOMIELITIS | PRELIMINAR | Al nacer | 24 Mayo 2002 |
| | | PRIMERA | 2 meses | 08 AGO. 2002 |
| | | SEGUNDA | 4 meses | 7/Oct/02 SSA |
| | | TERCERA | 6 meses | 11-09-03 SSA |
| | | ADICIONALES | | 03/03/05. 18/02/06 IMSS. 27-Mayo-06 |
| PENTAVALENTE DPT+HB+Hib | DIFTERIA TOSFERINA TÉTANOS HEPATITIS B INFECCIONES POR _H influenzae b_ | PRIMERA | 2 meses | 08 AGO. 2002 |
| | | SEGUNDA | 4 meses | 7/Oct/02 SSA |
| | | TERCERA | 6 meses | 11-09-03 SSA |
| DPT | DIFTERIA TOSFERINA TÉTANOS | REFUERZO 1 | 2 años | 08 OCT. 2004 |
| | | REFUERZO 2 | 4 años | 6-6-06. |
| TRIPLE VIRAL SRP | SARAMPIÓN RUBÉOLA PAROTIDITIS | PRIMERA | 1 año | 11-09-03 SSA |
| | | SEGUNDA | 6 años | |
| SR | SARAMPIÓN RUBÉOLA | ADICIONALES | | 6-6-06 |
| Td | TÉTANOS DIFTERIA | REFUERZO | A partir de los 12 años | |
| HEPATITIS B | HEPATITIS B | PRIMERA | A partir de los 12 años | |
| | | SEGUNDA | Al mes de la primera | |
| OTRAS VACUNAS | | V.A. 08 OCT. 2004 | | |

**Mission Regional Medical Center**

900 S. Bryan Rd.
Mission, TX 78572
Phone: (956)323-1111
Fax:

0000006816

NAME: GONZALEZ,ALEXIS
DOB: 05/24/2002
0511 LAKE VIEW
MISSION, TX 78572

DATE ORDER: 03/02/07

**Rx**

Ibuprofen 400 Mg Tab* (Motrin 400 Mg Tab*)   400 MG TABLET

TAKE WITH FOOD

```
        DOSAGE   400
        UNITS    MG
        ROUTE    PO
     FREQUENCY   Q8H PRN
    PRN REASON   PAIN
          QTY    30    THIRTY
         DAYS
DISPENSE UNITS   TAB
```

REFILL No Refills

A generically equivalent drug product
may be dispensed unless the
practitioner handwrites the words
'Brand Necessary' or 'Brand Medically
Necessary' on the face of the prescription

ESPINOSA,DOMICIANO PA
6316 N. 10TH ST. BLDG C-2
(956)972-0093

| | | | | | |
|---|---|---|---|---|---|
| [ ] Oscar Tijerina MD | [✓] Michael Shawn MD | [ ] Carlos Moreno MD |
| [ ] Michael F. Schultz MD | [ ] Heriberto Alanis MD | [ ] Fayez H Muihas MD |
| [ ] Kevin Wilson MD | [ ] Mario A Gutierrez MD | [ ] Gregory R Fehr MD |
| [ ] Oscar Trujillo MD | [ ] Fernando I. Arzola MD | |

WARNING: This document contains the following industry recognized tamper resistant security features
Copy Void Pantograph
TROYmark™
Micro Print
Security Features Warning Box

When copying is attempted on many copiers and scanners the message "COPY" appears in the background
Diagonal repeating "watermark" consisting of static text, located on front or back of page
Area of very small print which must be read under magnification found wherever the symbol appears
Warning Box describing the security features contained within this document

## Primary Care Case Management (PCCM) Referral Form

### Primary Care Provider Information

Name: Alton Children's Care

Contact name: Lisa     Telephone: (956) 424-6679

NPI: 1740466036     TPI: 190580401

### Client Information

Name: Alexis Gonzalez     Date of birth: 5/24/02

Medicaid number:     Telephone: 293-2632

Provider signature: _____     Referral date: 3/3/2011

### Referring Provider Information (if different from the primary care provider)

Name:

Contact name:     Telephone:

NPI:     TPI:

### Consulting Provider/Facility

Provider/Facility name: Rio Grande Valley Ortho     Telephone: 318-6074

Address: 1005 E. Nolana Ave.

Appointment time and date: __:__ / /     Medicaid number (if known):

Reason for referral: Coffee's Fracture

### To the Consultant

This notice authorizes the following care: ☐ Evaluation only     ☒ Evaluation and treatment

☐ Evaluation and single treatment     ☐ As needed     Number of treatments

Other (specify):

Please fax Consulting Progress Report to (956) 424-6684

Initial consultations are for one visit only for evaluation and development of a treatment plan unless otherwise specified. All consultations require a written report (preferably typed and attached to this form) to the primary care provider and phone conferences as necessary to assure continuity of care. Referrals are valid for 30 days from the time of issue and it is the consulting provider's responsibility to verify eligibility prior to delivering services. Consulting providers may not authorize secondary referrals. All requests for additional services or visits to other providers must come through the primary care provider. All claims are subject to retrospective review for purposes of determining eligibility, benefit coverage, appropriateness, and medical necessity. Claims payment may be affected by review findings.

Consultant comments:

Consultant signature:     Date / /

**Please return findings and report to the primary care provider listed above.**

3/3/17
@ 6:30

Jenny

Effective Date_01152006/Revised Date_08032007

180

# EXHIBIT E

Tax Documents and Financial Records

SOUTH TEXAS PACK AND SHIP INCOME TAX
302 W GRIFFIN PKWY STE D
MISSION TX 78572
Office: (956) 342-6731

ALEXIS GONZALEZ GONZALEZ
7511 LAKEVIEW DR
MISSION, TX 78574
2024 INCOME TAX RETURN

ALEJANDRA ANAYA
302 W GRIFFIN PKWY STE D
MISSION TX 78572
(956) 342-6731

ALEXIS D GONZALEZ GONZALEZ
7511 LAKEVIEW DR
MISSION TX 78574
(956) 458-5624

Prepared by: APS
Client No. : 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
Invoice Date: 04/02/2025

## INVOICE

| Description | Amount |
|---|---|
| **PREPARATION OF 2024 FEDERAL/STATE FORMS & WORKSHEETS:** <br><br> FORM 1040 <br> FORM 1040 SCHEDULE 1 (ADDITIONAL INCOME AND ADJUSTMENTS) <br> FORM 1040 SCHEDULE 2 (ADDITIONAL TAXES) <br> SCHEDULE C (BUSINESS PROFIT OR LOSS) <br> SCHEDULE SE (SELF-EMPLOYMENT TAX) <br> FORM W-7 (APPLICATION FOR ITIN) | |
| **Total Invoice** | $250.00 |
| **Amount Paid** | $0.00 |
| **Balance Due** | $250.00 |

**Form W-7**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

# Application for IRS Individual Taxpayer Identification Number

For use by individuals who are not U.S. citizens or permanent residents.
Go to *www.irs.gov/FormW7* for instructions and the latest information.

OMB No. 1545-0074

*An IRS individual taxpayer identification number (ITIN) is for U.S. federal tax purposes only.*

**Before you begin:**

• *Don't submit this form if you have, or are eligible to get, a U.S. social security number (SSN).*

**Application type** (check one box)
- [x] Apply for a new ITIN
- [ ] Renew an existing ITIN

**Reason you're submitting Form W-7.** Read the instructions for the box you check. Caution: If you check box b, c, d, e, f, or g, you must file a U.S. federal tax return with Form W-7 unless you meet one of the exceptions (see instructions).

a [ ] Nonresident alien required to get an ITIN to claim tax treaty benefit (you must also check and complete box h (see instructions))

b [x] Nonresident alien filing a U.S. federal tax return

c [ ] U.S. resident alien (based on days present in the United States) filing a U.S. federal tax return

d [ ] Dependent of U.S. citizen/resident alien } If d, enter relationship to U.S. citizen/resident alien (see instructions)

e [ ] Spouse of U.S. citizen/resident alien } If d or e, enter name and SSN/ITIN of U.S. citizen/resident alien (see instructions)

f [ ] Nonresident alien student, professor, or researcher filing a U.S. federal tax return or claiming an exception (if claiming an exception, you must also check and complete box h (see instructions))

g [ ] Dependent/spouse of a nonresident alien holding a U.S. visa

h [ ] Other (see instructions)

Additional information for a and f: Enter treaty country _____ and treaty article number _____

| Name (see instructions) | 1a First name ALEXIS | Middle name D | Last name GONZALEZ GONZALEZ |
|---|---|---|---|
| Name at birth if different | 1b First name N/A | Middle name N/A | Last name N/A |

**Applicant's Mailing Address**

2 Street address, apartment number, or rural route number. If you have a P.O. box, see separate instructions.
7511 LAKEVIEW DR
City or town, state or province, and country. Include ZIP code or postal code where appropriate.
MISSION TX 78574 USA

**Foreign (non-U.S.) Address** (see instructions)

3 Street address, apartment number, or rural route number. Don't use a P.O. box number.
RIGOBERTO GARZA 509
City or town, state or province, and country. Include postal code where appropriate.
REYNOSA TAMAULIPAS 88793 MEXICO

**Birth Information**

| 4 Date of birth (month / day / year) 05/24/2002 | Country of birth MEXICO | City and state or province (optional) VALLE HERMOSO TAMAULIPAS | 5 [X] Male [ ] Female |
|---|---|---|---|

**Other Information**

| 6a Country(ies) of citizenship MEXICO | 6b Foreign tax I.D. number (if any) N/A | 6c Type of U.S. visa (if any), number, and expiration date N/A |
|---|---|---|

6d Identification document(s) submitted. (Complete for the first document submitted. For multiple documents, see instructions)
[X] Passport  [ ] Driver's license/State I.D.  [ ] USCIS documentation  [ ] Other _____
Issued by: MEXICO _____  Date of entry into the United States
Number: N16535600 _____  Exp. date: 02/13/2028  (MM/DD/YYYY): NEVER ENTERED

6e Have you previously received an ITIN or an Internal Revenue Service Number (IRSN)?
[X] No/Don't know. Skip line 6f.
[ ] Yes. Complete line 6f. If more than one, list on a sheet and attach to this form (see instructions).

6f Enter ITIN and/or IRSN   ITIN [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ]   IRSN [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ]
and name under which it was issued
First name _____  Middle name _____  Last name _____

6g Name of college/university or company (see instructions) N/A
City and state N/A _____  Length of stay N/A

**Sign Here**

Keep a copy for your records.

Under penalties of perjury, I (applicant/delegate/acceptance agent) declare that I have examined this application, including accompanying documentation and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I authorize the IRS to share information with my acceptance agent in order to perfect this Form W-7, Application for IRS Individual Taxpayer Identification Number.

| Signature of applicant (if delegate, see instructions) | Date (month / day / year) 04/03/2025 | Phone number 956-458-5624 |
|---|---|---|
| Name of delegate, if applicable (type or print) | Delegate's relationship to applicant [ ] Parent [ ] Power of attorney [ ] Court-appointed guardian | |

**Acceptance Agent's Use ONLY**

| Signature | Date (month / day / year) 04/03/2025 | Phone 956-342-6731  Fax |
|---|---|---|
| Name and title (type or print) ALEJANDRA ANAYA / Owner | Name of company South Texas Packi | EIN _____  Office code Southtexas  PTIN P02276294 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **W-7** (Rev. 12-2024)

QNA

PROCESS DATE: 04/03/2025

TAX YEAR: 2024
OFFICE   : South Texas

BIRTH DATE  : 07/24/2002 Age: 22

CLIENT   : ALEXIS D GONZALEZ GONZALEZ

PREPARER   : PR

ADDRESS : 7511 LAKEVIEW DR
        : MISSION TX 78574

PREPARER FEE :       250.00
ELECTRONIC   :
Home    : (956) 456-5624          TOTAL FEES   :       250.00
Work    :
Cell    :
STATUS  : SINGLE
FED TYPE: Regular Tax             EFFECTIVE RATE: 0.00%
ST TYPE : Regular Tax
E-MAIL  : ALEXISGLZ.4782@MAIL.COM

---

### LISTING OF FORMS FOR THIS RETURN

FORM 1040
SCHEDULE 1     (ADDITIONAL INCOME AND ADJUSTMENTS TO INCOME)
SCHEDULE 2     (ADDITIONAL TAXES)
FORM W-7       (APPLICATION FOR ITIN)
SCHEDULE C     (BUSINESS INCOME)
SCHEDULE SE    (SELF EMPLOYMENT TAX)
PAYMENT VOUCHER

* QUICK SUMMARY *

| SUMMARY | FEDERAL |
|---|---|
| FILING STATUS | 1 |
| TOTAL INCOME | 5000 |
| TOTAL ADJUSTMENTS | 354 |
| ADJUSTED GROSS INCOME | 4646 |
| DEDUCTIONS | 14600 |
| EXEMPTIONS | 0 |
| TAXABLE INCOME | 0 |
| TAX | 0 |
| CREDITS | 0 |
| OTHER TAXES | 707 |
| PAYMENTS | 0 |
| REFUND | 0 |
| AMOUNT DUE | 707 |

## SCHEDULE 1
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

ALEXIS GONZALEZ GONZALEZ

Your social security number

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See www.irs.gov/1099k.

| Part I | Additional Income |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . | **3** | |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |

| | | | |
|---|---|---|---|
| a | Net operating loss . . . . . . . . . . . . . | **8a** | ( ) |
| b | Gambling . . . . . . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . . . . . | **8d** | ( ) |
| e | Income from Form 8853 . . . . . . . . . . . | **8e** | |
| f | Income from Form 8889 . . . . . . . . . . . | **8f** | |
| g | Alaska Permanent Fund dividends . . . . . . . . | **8g** | |
| h | Jury duty pay . . . . . . . . . . . . . . | **8h** | |
| i | Prizes and awards . . . . . . . . . . . . . | **8i** | |
| j | Activity not engaged in for profit income . . . . . . | **8j** | |
| k | Stock options . . . . . . . . . . . . . . | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . | **8m** | |
| n | Section 951(a) inclusion (see instructions) . . . . . . | **8n** | |
| o | Section 951A(a) inclusion (see instructions) . . . . . . | **8o** | |
| p | Section 461(l) excess business loss adjustment . . . . . | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) . . | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . . | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . . . . | **8s** | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . . . | **8t** | |
| u | Wages earned while incarcerated . . . . . . . . . . . | **8u** | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions . . . . . . . . . . . . . . . . | **8v** | |
| z | Other income. List type and amount: _____ | **8z** | |

| | | | |
|---|---|---|---|
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . | **10** | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**
QNA

Schedule 1 (Form 1040) 2024

ALEXIS GONZALEZ GONZALEZ
Schedule 1 (Form 1040) 2024

Page **2**

## Part II  Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses | | **11** |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | | **12** |
| 13 | Health savings account deduction. Attach Form 8889 | | **13** |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | | **14** |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | | **15** |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | | **16** |
| 17 | Self-employed health insurance deduction | | **17** |
| 18 | Penalty on early withdrawal of savings | | **18** |
| 19a | Alimony paid | | **19a** |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): _____ | | |
| 20 | IRA deduction | | **20** |
| 21 | Student loan interest deduction | | **21** |
| 22 | Reserved for future use | | **22** |
| 23 | Archer MSA deduction | | **23** |
| 24 | Other adjustments. | | |
| a | Jury duty pay (see instructions) | **24a** | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | **24c** | |
| d | Reforestation amortization and expenses | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | **24i** | |
| j | Housing deduction from Form 2555 | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | **24k** | |
| z | Other adjustments. List type and amount: _____ | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z | | **25** |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | | **26** |

354 (line 15)
354 (line 26)

QNA

Schedule 1 (Form 1040) 2024

# SCHEDULE 2
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

ALEXIS GONZALES GONZALEZ

Your social security number

### Part I  Tax

**1** Additions to tax:

**a** Excess advance premium tax credit repayment. Attach Form 8962 . . . . . | **1a** | |

**b** Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | |

**c** Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . . . . | **1c** | |

**d** Recapture of net EPE from Form 4255, line 2a, column (l) . . . . . . . . | **1d** | |

**e** Excessive payments (EP) from Form 4255. Check applicable box and enter amount.
(i) ☐ Line 1a, column (n)     (ii) ☐ Line 1c, column (n)
(iii) ☐ Line 1d, column (n)     (iv) ☐ Line 2a, column (n) . . . . . | **1e** | |

**f** 20% EP from Form 4255. Check applicable box and enter amount. See instructions.
(i) ☐ Line 1a, column (o)     (ii) ☐ Line 1c, column (o)
(iii) ☐ Line 1d, column (o)     (iv) ☐ Line 2a, column (o) . . . . . | **1f** | |

**y** Other additions to tax (see instructions): _____ | **1y** | |

**z** Add lines 1a through 1y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1z** | |

**2** Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |

**3** Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . . . | **3** | |

### Part II  Other Taxes

**4** Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 707 |

**5** Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | | | |

**6** Uncollected social security and Medicare tax on wages. Attach Form 8919 . | **6** | | | |

**7** Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . . . . . . | **7** | |

**8** Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required.
If not required, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | **8** | |

**9** Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . . . | **9** | |

**10** Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . . . . . . | **10** | |

**11** Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . . . . . . . . . | **11** | |

**12** Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . . . . . . . . . | **12** | |

**13** Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |

**14** Interest on tax due on installment income from the sale of certain residential lots and timeshares . . | **14** | |

**15** Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . | **15** | |

**16** Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . . . . . . | **16** | |

(continued on page 2)

**For Paperwork Reduction Act Notice, see your tax return instructions.**
QNA

Schedule 2 (Form 1040) 2024

ALEXIS GONZALEZ GONZALEZ

Schedule 2 (Form 1040) 2024

## Part II  Other Taxes (continued)

| | | | |
|---|---|---|---|
| 17 | Other additional taxes: | | |
| a | Recapture of other credits. List type, form number, and amount: | 17a | |
| | | 17b | |
| b | Recapture of federal mortgage subsidy, if you sold your home see instructions | 17c | |
| c | Additional tax on HSA distributions. Attach Form 8889 . . . . . . . | | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . . . . . | 17d | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 . . . . | 17e | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | 17f | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . . . . . . . . | 17g | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . . . . | 17h | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . . . . | 17i | |
| j | Section 72(m)(5) excess benefits tax . . . . . . . . . . . . | 17j | |
| k | Golden parachute payments . . . . . . . . . . . . . . | 17k | |
| l | Tax on accumulation distribution of trusts . . . . . . . . . . | 17l | |
| m | Excise tax on insider stock compensation from an expatriated corporation . | 17m | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . | 17n | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . . . . . | 17o | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . . | 17p | |
| q | Any interest from Form 8621, line 24 . . . . . . . . . . . | 17q | |
| z | Any other taxes. List type and amount: _____ | 17z | |
| 18 | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Recapture of net EPE from Form 4255, line 1d, column (l) . . . . . . . . . . . . . . | 19 | |
| 20 | Section 965 net tax liability installment from Form 965-A . . . . . . . | 20 | |
| 21 | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . . . . . | 21 | 707 |

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.
Go to www.irs.gov/ScheduleSE for Instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR)

ALEXIS D GONZALEZ GONZALEZ

Social security number of person
with self-employment income

**Part I**  **Self-Employment Tax**

**Note:** If your only income subject to self-employment tax is **church employee income,** see instructions for how to report your income and the definition of church employee income.

**A**  If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AO | **1b** | ( |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 509 |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 509 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . | **4a** | 461 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . . | **4c** | 461 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . . . . . . . . . | **5a** | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . . . . . | **5b** | |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 461 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024 . . . . . . . . . . . . | **7** | 168,60 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . . . . . | **8a** | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . | **8b** | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . . | **8c** | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . | **9** | 16860 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . . . . . . | **10** | 57 |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 13 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 70 |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 354 |

For Paperwork Reduction Act Notice, see your tax return instructions.
QNA

Schedule SE (Form 1040) 202

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
## (Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to www.irs.gov/ScheduleC for instructions and the latest information.

OMB No. 1545-0074

20**24**

Attachment Sequence No. **09**

Name of proprietor: ALEXIS D GONZALEZ GONZALEZ

Social security number (SSN)

**A** Principal business or profession, including product or service (see instructions)
BAKERIES TORTILLA

**B** Enter code from instructions
3 | 1 | 1 | 8 | 0 | 0

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN)

**E** Business address (including suite or room no.)

City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses. ☒ Yes ☐ No

**H** If you started or acquired this business during 2024, check here ☐

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

## Part I — Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 5000 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 5000 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 5000 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 5000 |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 18 | Office expense (see instructions) | 18 |
| 9 | Car and truck expenses (see instructions) | 9 | 19 | Pension and profit-sharing plans | 19 |
| 10 | Commissions and fees | 10 | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | 11 | a | Vehicles, machinery, and equipment | 20a |
| 12 | Depletion | 12 | b | Other business property | 20b |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 21 | Repairs and maintenance | 21 |
| | | | 22 | Supplies (not included in Part III) | 22 |
| | | | 23 | Taxes and licenses | 23 |
| 14 | Employee benefit programs (other than on line 19) | 14 | 24 | Travel and meals: | |
| | | | a | Travel | 24a |
| 15 | Insurance (other than health) | 15 | b | Deductible meals (see instructions) | 24b |
| 16 | Interest (see instructions): | | 25 | Utilities | 25 |
| a | Mortgage (paid to banks, etc.) | 16a | 26 | Wages (less employment credits) | 26 |
| b | Other | 16b | 27a | Other expenses (from line 48) | 27a |
| 17 | Legal and professional services | 17 | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27b | 28 | |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 5000 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 | 5000 |

• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions.) Estates and trusts, enter on Form 1041, line 3.
• If a loss, you **must** go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.

QNA

Schedule C (Form 1040) 2024

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.<br>Go to *www.irs.gov/ScheduleSE* for Instructions and the latest Information. | 2024<br>Attachment Sequence No. 17 |

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR)

ALEXIS D GONZALEZ GONZALEZ

Social security number of person with self-employment income

## Part I   Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I  . . . . . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 5000 |
| **3** | Combine lines 1a, 1b, and 2  . . . . . . . . . . . . . . . . . . . . . . . | **3** | 5000 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3  . | **4a** | 4618 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here  . . . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income**, enter -0- and continue  . . . . . . . . | **4c** | 4618 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income  . . . . . . . . . . . . . .   **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0-  . . . . . . . . . . . | **5b** | |
| **6** | Add lines 4c and 5b  . . . . . . . . . . . . . . . . . . . . . | **6** | 4618 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024  . . . . . . . . . . | **7** | 168,600 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11  . . . . . . . . . . . . .   **8a** | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10  . . .   **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10  . . . . . .   **8c** | | |
| **d** | Add lines 8a, 8b, and 8c  . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11  . . . . | **9** | 168600 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124)  . . . . . . . . . . . . . . | **10** | 573 |
| **11** | Multiply line 6 by 2.9% (0.029)  . . . . . . . . . . . . . . . . . . . . . | **11** | 134 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3**  . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 707 |
| **13** | **Deduction for one-half of self-employment tax.**<br>Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15**  . . . . . . . . . . . . . . . . . . . . . . . . .   **13** | 354 | |

**For Paperwork Reduction Act Notice, see your tax return Instructions.**
QNA

Schedule SE (Form 1040) 2024

# 2024 Form 1040-V  Department of the Treasury Internal Revenue Service

## What Is Form 1040-V?

It's a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2024 Form 1040, 1040-SR, or 1040-NR.

## Consider Making Your Tax Payment Electronically—It's Easy

You can make electronic payments online, by phone, or from a mobile device. Paying electronically is safe and secure. When you schedule your payment, you will receive immediate confirmation from the IRS. Go to www.irs.gov/Payments to see all your electronic payment options.

## How To Fill in Form 1040-V

Line 1. Enter your social security number (SSN).

If you are filing a joint return, enter the SSN shown first on your return.

Line 2. If you are filing a joint return, enter the SSN shown second on your return.

Line 3. Enter the amount you are paying by check or money order. If paying online at www.irs.gov/Payments, don't complete this form.

Line 4. Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

• Make your check or money order payable to "United States Treasury." Don't send cash. If you want to pay in cash, in person, see Pay by cash, later.

• Make sure your name and address appear on your check or money order.

• Enter your daytime phone number and your SSN on your check or money order. If you have an Individual Taxpayer Identification Number (ITIN), enter it wherever your SSN is requested. If you are filing a joint return, enter the SSN shown first on your return. Also, enter "2024 Form 1040," "2024 Form 1040-SR," or "2024 Form 1040-NR," whichever is appropriate.

• To help us process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Don't use dashes or lines (for example, don't enter "$ XXX—" or "$ XXX ˣˣ/₁₀₀").

Notice to taxpayers presenting checks. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

No checks of $100 million or more accepted. The IRS can't accept a single check (including a cashier's check) for amounts of $100,000,000 ($100 million) or more. If you are sending $100 million or more by check, you will need to spread the payments over two or more checks, with each check made out for an amount less than $100 million.

Pay by cash. This is an in-person payment option for individuals provided through retail partners with a maximum of $1,000 per day per transaction. To make a cash payment, you must first be registered online at www.acipayonline.com, our official payment provider. Click on "Federal IRS payments" to make your payment.

## How To Send in Your 2024 Tax Return, Payment, and Form 1040-V

• Don't staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

• Mail your 2024 tax return, payment, and Form 1040-V to the address shown on the back that applies to you.

## How To Pay Electronically

### Pay Online

Paying online is convenient, secure, and helps make sure we get your payments on time. You can pay using either of the following electronic payment methods. To pay your taxes online or for more information, go to www.irs.gov/Payments.

### IRS Direct Pay

Pay your taxes directly from your checking or savings account at no cost to you. You receive instant confirmation that your payment has been made, and you can schedule your payment up to 30 days in advance.

### Debit or Credit Card

The IRS doesn't charge a fee for this service; the card processors do. The authorized card processors and their phone numbers are all online at www.irs.gov/Payments.

Form **1040-V** (2024)

---

**Separate here and mail with your payment and return.**

---

| Form **1040-V** | Payment Voucher for Individuals | OMB No. 1545-0074 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Do not staple or attach this voucher to your payment or return.
Go to www.irs.gov/Payments for payment options and information.

2024

| 1 Your social security number (SSN) (if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | 707 |
|---|---|---|---|

Print or type

| 4 Your first name and middle initial | Last name |
|---|---|
| ALEXIS D | GONZALEZ GONZALEZ |
| If a joint return, spouse's first name and middle initial | Last name |
| | |

| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|---|---|
| 7511 LAKEVIEW DR | | MISSION | TX | 78574 |
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see your tax return instructions.

QNA   000000001 FZ GONZ 30 0 202412 610

Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** 2024 OMB No. 1545-0074 IRS Use Only - Do not write or staple in this space

For the year Jan. 1-Dec. 31, 2024, or other tax year beginning , 2024, ending , 20

See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ALEXIS D | GONZALEZ GONZALEZ | |

If joint return, spouse's first name and middle initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
7511 LAKEVIEW DR | Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
MISSION | TX | 78574

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions) | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 2a | Tax-exempt interest 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities 5a | b Taxable amount | 5b | |
| 6a | Social security benefits 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | | |
| 8 | Additional income from Schedule 1, line 10 | 8 | 5000 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 9 | 5000 | |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 354 | |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | 11 | 4646 | |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 14600 | |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | | |
| 14 | Add lines 12 and 13 | 14 | 14600 | |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 15 | 0 | |

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
QNA

Form **1040** (2024)





Department of the Treasury
Internal Revenue Service
PO Box 149342
Austin, TX 78714-9342

**IRS** 

**IRS Notice CP565A**
**Case Reference Number: 20294-111-55327-5**
**Date of Birth: May 27, 2002**



008867.556254.59766.15005 1 MB 0.622 371

ALEXIS D GONZALEZ GONZALEZ
7511 LAKEVIEW DR
MISSION TX 78574

008867

June 3, 2025

# We renewed your Individual Taxpayer Identification Number (ITIN)

This notice confirms your assigned ITIN is now active. Review your ITIN and personal information in the table below. If the information shown below is incorrect, call this number, 800-908-9982, International 1-267-941-1000 (not toll-free).

You should receive the documents submitted with your Form W-7 within 60 days. If you do not receive them or if you moved since submitting your application, call us at the telephone number shown above.

## Your ITIN and personal information

| | |
|---|---|
| ITIN | 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 |
| Full name (First, Middle, Last) | ALEXIS, D, GONZALEZ GONZALEZ |
| Date of Birth | May 27, 2002 |

## Using your ITIN

- You must use your full name and ITIN on all correspondence with the IRS, including tax returns, tax payments and refund claims. Using an incorrect name or ITIN may cause processing delays or errors on your account.

- Use your ITIN in place of a Social Security number (SSN) when one is requested on any federal tax document.

- **Your ITIN must be used on a timely-filed federal income tax return at least once every three consecutive tax years, or it will expire.**

---

### Important Reminders

- Your ITIN is for **federal tax purposes only.**

- Having an ITIN doesn't change your immigration status, or make you eligible to work in the U.S.

- Your ITIN **is not** a Social Security number (SSN) and does not entitle you to Social Security benefits, or the Earned Income Tax Credit.

---



Department of the Treasury
Internal Revenue Service
PO Box 149342
Austin, TX 78714-9342

**IRS**

Notice            CP565
Notice date       May 16, 2016
To contact us     Phone 1-800-908-9982
                  International calls
                  267-941-1000
Case reference number  20294-184-40509-8
Date of birth     May 24, 2002
Page 1 of 2

005866.500941.417433.25086 1 sp 0.465 411



ALEXIS DAVID GONZALEZ
7511 LAKEVIEW DR
MISSION TX 78573

005866

In response to your Individual Taxpayer Identification Number application

# Individual Taxpayer Identification Number (ITIN) assigned

We have assigned you an Individual Taxpayer Identification Number (ITIN) 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 based on the information you provided in your application.

Keep this notice in a secure place with your other important documents.

## Your ITIN and personal information

| | |
|---|---|
| **ITIN** | 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 |
| **Full name** | ALEXIS DAVID GONZALEZ |
| **Date of birth** | May 24, 2002 |

The IRS will use your ITIN along with your full name and date of birth to identify tax documents, payments, and any other correspondence. Therefore, it's very important that the personal information we have for you is correct. If the above information is incorrect, please fill out the Contact information section, detach, and mail to us.

Continued on back...



**IRS**

ALEXIS DAVID GONZALEZ
7511 LAKEVIEW DR
MISSION TX 78573

Notice                  CP565
Case reference number   20294-184-40509-8
Notice date             May 16, 2016

# Contact information

INTERNAL REVENUE SERVICE
PO BOX 149342
AUSTIN, TX 78714-9342

| Name | | | |
|---|---|---|---|
| Date of birth | | | |
| Address | | | |
| City | State | Country | Zip code |
| | | | ☐ a.m. ☐ p.m. Best time to call |
| | Primary phone | | |
| | | | ☐ a.m. ☐ p.m. |
| | Secondary phone | | Best time to call |

# EXHIBIT F

Letter of Support from Casa de Fe Church

**Casa de Fe Church**

3901 W University Dr, Edinburg, TX 78539

Church Phone: (956) 270 0200

Pastor's Phone: (956) 270 0200

Date: 05/15/2026



To whom it may concern,

My name is Pastor Martin Maqueda and I serve at Casa de Fe Church in Edinburg, Texas. I write this letter as a recommendation on behalf of Mr. Alexis David González González to respectfully present before the Honorable Judge.

Alexis David González González is a young man who has been congregating with us faithfully for approximately five years. During this time, he has demonstrated respectful conduct, responsibility, humility, and good moral values within our church and community.

He has consistently shown commitment to his faith, willingness to help others, and respectful behavior toward leadership and members of the congregation. Alexis is known among us as a calm, honest, and hardworking individual who seeks to better himself and remain on a positive path.

Based on my personal knowledge and interaction with him throughout these years, I can sincerely state that he has been a positive influence within our congregation and has conducted himself with integrity and respect.

I respectfully ask that this recommendation be taken into consideration by the Court. If any additional information is required, I remain available to provide it.

Sincerely,


Pastor Martín Maqueda
Casa de Fe Church


_MARTIN MAQUEDA_

Signature

# EXHIBIT G

Additional Letters of Support and Community Support Letters

May 11, 2026

To Whom It May Concern,

I, Kimberly Rodriguez formally address this letter in support of my fiancée, Alexis David Gonzalez Gonzalez (A-223007916) who is currently detained in Webb County Detention Center Laredo, Tx. Similarly, I hope to actively translate my unconditional support in accordance with the responsibility of transportation and assurance that Alexis will assist all required legal meetings. As his fiancée and future spouse, I will provide any accommodations that are necessary to follow through with all given requirements.

Notably, I would also like to highlight Alexis's responsibility within himself. Alexis's morals continuously demonstrate care and commitment. His kindness, gentleness, and respect transpires within every interaction held. He often voluntarily accommodates himself to help others in need, and in our community, Alexis is undoubtably valued and recognized. Alexis has always been family driven and cares for the people around him with love, warmth, and respect. These qualities have been the most prominent aspects at his core. It is also important to recognize how he carries responsibility and integrity. These are qualities that represents who he is as a person. Due to his characteristics and good morals, I can confidently assure, Alexis will comply with all given requirements.

Additionally, if there is a need for any further information and accommodations, please do not hesitate to reach out. Thank you for your time and consideration.

Sincerely,

*Kimberly Rodriguez*

110 Adams St
Mission Tx, 78572
Phone: (956)222-0960 Email: Rodrik4319@gmail.com

May 11, 2026



### DRIVER LICENSE

Director. *Lorem MQ*





**UNDER 21 UNTIL 01/25/2025**

4d. DL. **45884076**

9. Class **C**

3. DOB **01/25/2004**

4b. Exp. **01/25/2030**

4a. Iss. **07/08/2022**

12. Rest: **B**

9a. End: **NONE**

*Kimberly Rodriguez*

1. **RODRIGUEZ**
2. **KIMBERLY**
8. 110 ADAMS ST
   MISSION, TX 78572

16. Hgt **5'-04"**

15. Sex: **F**    18. Eyes: **BRO**

5 DD: 07322290078018148556

**Rafael Coronado**
3204 Naranja Dr
Mission, Tx 78574
(956)221-1855

17th May, 2026

To whom it may concern,

I am writing on behalf of Alexis David Gonzalez Gonzalez A-223007916, who has been a very close friend of mine for over 10 years. I first met Alexis at our Pentecostal church, and throughout the years we have remained close friends, regularly training together at the gym and supporting one another in our personal growth.

Alexis is a hardworking and dedicated individual who has always conducted himself with integrity and respect toward others. His strong work ethic, character, and commitment to those around him speak highly of the type of person he is.

I truly believe Alexis is a valuable addition to the community. If given the same opportunities that many of us have as citizens, I am confident he would continue to work even harder to build a better future for himself and his family.

Furthermore, I do not believe Alexis would be a flight risk in any way. He has lived his entire life here in the Rio Grande Valley and has deep ties to this community. Alexis genuinely wants to do things the right way and is simply looking for opportunities for personal and professional growth. He truly cares about his future and is committed to building a stable and productive life for himself and his family.

Please feel free to contact me if any additional information is needed.

Sincerely,

Rafael Coronado

3204 Naranja Dr.

Mission Tx 78572

To Whom It May Concern,

I am writing this letter to support Alexis David Gonzales Gonzalez. I have known Alexis since the beginning of high school roughly 8 years, and throughout this time he has always been a respectful, hardworking, and trustworthy person.

He has consistently stayed out of trouble, avoided conflict, and focused on helping his family. Alexis has always been honorable and respectful, and I would often see him either helping his mother or assisting friends and people around his neighborhood in the Rio Grande Valley area whenever he could.

Based on the time I have known him, I can confidently say that he is responsible, respectful, and willing to follow any rules and requirements given to him. I do not believe he would be a flight risk in any way.

If you have any questions, feel free to contact me.

Sincerely,

Andres Munguia-Bucio
(956) 672-9628

**May 18, 2026**

TO WHOM IT MAY CONCERN,

My name is Roel Rodriguez and I am the father of Kimberly Rodriguez. I am writing this letter in support of my son in law, Alexis David Gonzalez Gonzalez. Since I met Alexis, I immediately noticed he was a young man with good intentions. The first time we spoke almost 4 years ago, I realized he has a good heart and carried himself with honesty. Automatically since then, we've had many moments together dinners, Christmases, New Year's, and family time we all shared beautifully.

He has been an important factor to all our lives and we miss him tremendously. Alexis has always offered his kindness and respect to us as a family, and because of this I say he would never jeopardize an opportunity of returning home as he will assure to follow all necessary procedures given by your honor. Alexis has never posed a threat to his community; his strong community ties relate how admirable he is.

I am kindly asking that your honor recognizes his values, good morals, and characteristics that have all contributed to our livelihood. He has created a deep and significant impact within all our hearts, and if given opportunity I believe Alexis will not be a flight risk. I recognize efforts from both my daughter and Alexis therefor, I can also say they will properly coordinate to attend and comply with all requirements together.

I appreciate your honors time and consideration.

SINCERELY,

*ROEL RODRIGUEZ*
(956)600-5308 | 110 ADAMS ST. MISSION,TX 78572

To Whom It May Concern,

I am writing this letter in support of Alexis David Gonzalez Gonzalez who is currently in Webb County Detention Center.

I have known Alexis David Gonzalez Gonzalez since middle school 8th grade for almost 10 years. Alexis has always been a good friend and overall, a person who always avoided all trouble and conflict.

Personally, Alexis has always been a great support in many aspects of my life. I admire Alexis for the way he carries himself, he has always motivated me to carry similar morals and be a good person.

Based on Alexis characteristics, I do not believe he poses any risk to our community and on the contrary has always offered kindness to those around him. Confidently I can say, Alexis is very respectful and noble, and I deeply believe he would comply with all given rules.

Thank you for your time and consideration

Mario Flores

221 TX332,
Lake Jackson, Tx
77566

(956) 391-7583

5/11/2026

Hello,

I Stephanie Gonzalez am writing this letter to speak about the character of Alexis David Gonzalez Gonzalez (A-223007916) and to express my sincere belief that he is a genuinely good friend and person. Ever since I have known him, he has consistently shown kindness, respect, and compassion towards others.

Alexis is someone who is always willing to help those around him and offer support when needed. He is responsible, reliable, and carries himself with integrity and ethical values. He treats people fairly and respectfully, and his actions reflect his good character. His charismatic personality allows him to connect well with others and create positive relationships.

People naturally feel comfortable around him because he is understanding, trustworthy, and considerate. His compassionate nature and willingness to do the right thing makes him someone I deeply respect. I can say with all my heart that Alexis is a person of strong morals and positive character, I hope this letter helps provide a better understanding of the kind of person he truly is.

Sincerely,

Stephanie Gonzalez

(956) 375-6732

4818 Haven Ln

Edinburg, Tx 78542

May 18, 2026

To Whom It May Concern,

My name is Isaias Mendez, and I am writing on behalf of Alexis David Gonzalez Gonzalez, someone I have known personally since the sixth grade of middle school. Over the past 12 years, I have had the opportunity to know him not only as a close friend, but as a genuinely honest, responsible, and trustworthy individual.

Throughout the entire time I have known Alexis, I have never witnessed him engage in behavior that was dishonest, reckless, or morally questionable. He has consistently carried himself with integrity and respect toward others. Even in small everyday situations, he always demonstrated accountability and responsibility. For example, if he ever borrowed something or owed someone money, no matter how small the amount, he would make every effort to repay it immediately because he strongly believed in doing the right thing and maintaining his word.

Alexis is the kind of person people naturally trust because of his character. He has always been dependable to his friends, supportive to those around him, and committed to maintaining positive relationships with his family and community. He is not someone who seeks trouble or acts irresponsibly. Instead, he has always focused on working hard, helping others when possible, and building a stable life for himself and the people he cares about.

I firmly believe that if Alexis is granted the opportunity to be released, he would fully comply with any conditions or requirements placed upon him. In my honest opinion, he is not a flight risk. The United States is the only home he has truly known, and his life, relationships, and support system are all here. He has deep ties to his community, and I know he would never take for granted the chance to remain with his loved ones and continue moving forward in a positive direction.

I respectfully ask that his character, history, and strong community ties be taken into consideration. Based on the many years I have known him, I can confidently say that Alexis is a sincere and trustworthy person who deserves the opportunity to return home while his case is being processed.

Thank you for your time and consideration.

*Isaias Mendez Jr.*

(956) 862-7451

6103 Irma Linda St
Mission, Tx 78574

Yacaranday Gonzalez
4804 Morgan Street
Mission, Texas

March 16, 2026

To Whom It May Concern:

My name is Yacaranday Gonzalez and I work in the healthcare field as a Dental Assistant where I help care for patients and support clinical dental procedures. I am writing this letter with a deep sense of responsibility to provide a character reference for my cousin, Alexis Gonzalez, who is currently in ICE custody.

I have known Alexis Gonzalez for over 20 years, and during that time I have come to know him as a kind, responsible, and hardworking person. Alexis Gonzalez has always been a family-oriented individual who deeply cares about those around him. He is a quiet and respectful person who avoids trouble and focuses on working hard and living a positive life. Throughout the years, I have personally seen his dedication to supporting himself and contributing to the community.

He is also involved in church and values his faith. His character reflects humility, kindness, and respect for others. He regularly spends his free time doing healthy activities like going to the gym and staying active. These habits reflect the disciplined and responsible person that he is.In addition, Alexis Gonzalez has always been willing to help others. Whether it is supporting family members or participating in community activities, he is someone people can rely on. He has always shown good moral character and has never been a danger to anyone.

I truly believe that Alexis Gonzalez deserves the opportunity to be released and continue contributing positively to his family and community. He is a good person with strong values, and his presence is important to those who care about him.

Thank you for taking the time to read my letter and consider my support for Alexis Gonzalez.

Sincerely,

Yacaranday Gonzalez, RDA.

May 13,2026
Fatima De La Fuente
4322 Royal Palm Street,
Mission, Texas, 78572
(956)372-4132

To whom it my concern,

I am writing this letter in support of Alexis David Gonzalez, someone whom I've known for the past couple years and I confidently say that he's a good person. A well-rounded, respectful, responsible, and kind person who hasn't wavered from those characteristics, but has grown and flourished them.

Now, I can say from the deepest of my heart that Alexis has and will continue to show his honorable respect and responsibility to his community. He demonstrates with every act, small or big, that he has a cherishable amount of love to his community and that it won't falter.

Additionally, Alexis is a hardworking and determined person, a quality I've seen first hand and I know he will continue to show these qualities to prove himself in the future, if not even more.

Thank you for taking your time reading this and I hope this letter provides you with the information you needed.

Sincerely,
Fatima De La Fuente

To Whom It May Concern,

I am writing this character reference in support of Alexis David Gonzalez, Gonzalez. I have had the pleasure of knowing Alexis and I have witnessed his admirable qualities and strong character firsthand.

Alexis has consistently demonstrated a high level of integrity and dedication in both personal and professional capacities. He has proven to be dependable and trustworthy. His commitment to excellence and ability to tackle challenges with resilience is truly commendable. His leadership on key projects has always ensured success, and his colleagues look up to him as a role model.

In addition to his professional achievements, Alexis is equally respected in the community. Alexis kindness and empathy have fostered meaningful connections with many people, regardless of their backgrounds.

Alexis drive to achieve personal growth is inspiring. These qualities will make a significant positive impact in any environment he finds himself in.

Please feel free to call or write for any additional questions. 956-821-8100 / juandelagarza@live.com

Juan de la Garza
Cross Pastor, Mission, Texas
Municipal Judge for the City of Palmview, Texas

March 16, 2026

To Whom It May Concern:

My name is A1C Britney Gonzalez, and I currently serve in the United States Air Force. I am writing this letter in strong support of Alexis Gonzalez, who is currently detained by Immigration and Customs Enforcement (ICE).

I have personally known Alexis Gonzalez for approximately 20 years. During that time, I have come to know him as a respectful, hardworking, and dependable person who deeply values his family and community. Alexis consistently demonstrates kindness, responsibility, and integrity in the way he treats others. He is someone that people around him can rely on and trust.

Based on my personal experiences with Alexis, I firmly believe that he does not pose any danger to the community. He is a peaceful and respectful individual who genuinely cares about the people around him. Alexis has built meaningful relationships with his family and members of his community, and he has always conducted himself in a responsible and respectful manner.

I also know that Alexis has strong family support in the United States and a stable place to live if he is released. His family and loved ones care deeply about him and are prepared to support him throughout this legal process. Based on the person I know him to be, I strongly believe that he will comply with all legal requirements and attend every immigration court hearing and appointment if he is released on bond.

For these reasons, I respectfully support Alexis Gonzalez's release on bond. I ask that Immigration and Customs Enforcement or the Immigration Court consider this letter as evidence of his good moral character, strong community ties, and reliable support system.

Thank you for your time and consideration.

Respectfully,

Signature: *Britney A Gonzalez*

A1C Britney Gonzalez
104 Freeman Dr.
Hampton, VA 23666
Phone: (956) 240-6896
Email: Britneyalexandra026@gmail.com

To Whom It May Concern:

My name is Abel Elias, and I reside at 1200 W Veterans Blvd, Palmview TX 78572. My phone number is (956) 400-2651. I am writing this letter in support of Alexis David Gonzalez Gonzalez, who has worked for me at Paris Bakery as the person in charge of the concha production section.

I have had the opportunity to know Alexis closely through our daily working relationship. Throughout his employment with us, he has consistently demonstrated that he is an honest, responsible, hardworking individual with excellent moral character.

Alexis is an exemplary young man. He has always led a quiet and disciplined life focused on positive activities. His routine primarily consisted of working, going to the gym, spending time with his girlfriend, and paying his bills on time. To the best of my knowledge, he does not use drugs, does not drink alcohol, does not attend parties, and has no harmful habits or vices.

At work, Alexis has always stood out for his punctuality, dedication, and strong work ethic. He is respectful toward his coworkers and supervisors and is always willing to help when needed. His performance has been outstanding, and he has proven to be a trustworthy employee.

As a member of our community, Alexis is a peaceful person with strong values. I have never known or observed any behavior that would suggest he poses any danger to society. On the contrary, he is a hardworking young man who is committed to improving his life and contributing positively to the community.

I also believe that Alexis does not represent a flight risk. He is a responsible individual who will fully comply with any conditions or requirements imposed by the authorities.

For all of these reasons, I highly recommend Alexis David Gonzalez Gonzalez and respectfully ask that his excellent character, work ethic, and good conduct be taken into consideration when evaluating his case.

If additional information is needed, please feel free to contact me.

Sincerely,

Abel Elias Ayala.

A quien corresponda:

Mi nombre es Abel Elias, con domicilio en 1200 W Veterans Blvd, Palmview TX 78572 y numero (956) 400-2651. Por medio de la presente, me permito escribir esta carta de recomendación en apoyo de Alexis David Gonzalez Gonzalez, quien ha trabajado conmigo en Paris Bakery como encargado de la sección de la concha.

He tenido la oportunidad de conocer a Alexis de manera cercana a través de nuestra relación laboral diaria. Durante todo el tiempo que ha trabajado con nosotros, ha demostrado ser una persona honesta, responsable, trabajadora y de excelente conducta moral.

Alexis es un joven ejemplar. Siempre ha llevado una vida tranquila y enfocada en actividades positivas. Su rutina consistía principalmente en trabajar, asistir al gimnasio, convivir con su novia y cumplir puntualmente con sus responsabilidades económicas. Hasta donde tengo conocimiento, no consume alcohol, no usa drogas, no frecuenta fiestas y no tiene ningún tipo de vicio.

En el trabajo, Alexis siempre se ha distinguido por su puntualidad, compromiso y dedicación. Es una persona respetuosa con sus compañeros y superiores, y siempre está dispuesto a ayudar cuando se necesita. Su desempeño ha sido sobresaliente, y ha sido un empleado de total confianza.

Como miembro de nuestra comunidad, Alexis es una persona pacífica y de buenos valores. Nunca he conocido ni observado conducta alguna que sugiera que represente un peligro para la sociedad. Por el contrario, es un joven trabajador que busca superarse y llevar una vida honesta y productiva.

Asimismo, considero que Alexis no representa ningún riesgo de fuga ni incumplimiento. Es una persona responsable que respetará cualquier condición o requisito que las autoridades determinen.

Por todo lo anterior, recomiendo ampliamente a Alexis David Gonzalez Gonzalez y solicito atentamente que se tome en cuenta su excelente carácter, su ética de trabajo y su buena conducta al momento de evaluar su situación.

Si requieren información adicional, quedo a su disposición para proporcionar cualquier referencia necesaria.

Atentamente,

Abel Elias Ayala.

AFFIDAVIT

January 29, 2007

State of Texas
County of Hidalgo

To Whom It May Concern:

Before me the undersigned authority appeared in person, Eglantina Gonzalez, of Rt. 26 Box 711 Mission TX. 78574 stating:

I, Eglantina Gonzalez, testify under oath that, Claudia Gonzalez and her children, Luis Angel Gonzalez DOB 9/26/96, William V. Gonzalez DOB 7/22/00, Alexis David Gonzalez DOB 5/24/02 is currently living in a home that is located in an area that corresponds to La Joya School District.

The physical address is North on Minnesota Rd make a left on 6 mile and right on James Patrick St. white trailer home on right hand, mailing address Rt. 26 Box 711 Mission TX. 78574.

Jose Luis Gonzalez helps out with $100.00 on a weekly basis for any necessities.

Eglantina Gonzalez.
Eglantina Gonzalez

Duly sworn and subscribed before me on this the 29th day of January, 2007

Jose E. Ruiz
Notary Public for and in the State of Texas

# EXHIBIT H

EMPLOYMENT VERIFICATION LETTER
AND PAYROLL RECORDS FROM BREAD ELICON

# BREAD ELICON

---

| Template: | PAYROLL - Production |
|---|---|
| Name: | Alexis D. González |
| Company: | Bread Elicon |
| Description: | Checks |

## Credit/Destination Account

| Pay Period | Pay Date | Description | Check No. | Name | Detail ID | Amount |
|---|---|---|---|---|---|---|
| Dec 21, 2025-Jan 3, 2026 | Dec 05 | Payroll | #2800 | ALEXIS D. GONZÁLEZ | 00156 | $570.00 |
| Dec 2025 | Jan 15 | Production | #2810 | ALEXIS D. GONZÁLEZ | 00156 | $600.00 |
| Jan 04 – 10, 2026 | Jan 17 | Payroll | #2817 | ALEXIS D. GONZÁLEZ | 00156 | $360.00 |
| Jan 11 – 17, 2026 | Jan 23 | Payroll | #2824 | ALEXIS D. GONZÁLEZ | 00156 | $462.50 |
| Jan 18 – 24, 2026 | Jan 24 | Payroll | #2834 | ALEXIS D. GONZÁLEZ | 00156 | $770.00 |
| Jan 25 – 31, 2026 | Feb 06 | Payroll | #2852 | ALEXIS D. GONZÁLEZ | 00156 | $743.00 |
| Jan 2026 | Feb 06 | Production | #2906 | ALEXIS D. GONZÁLEZ | 00156 | $720.00 |
| Feb 5 – 19, 2026 | Feb 25 | Payroll | #2924 | ALEXIS D. GONZÁLEZ | 00156 | $930.00 |
| | | | | | | |
| | | | | | Total: | $5155.50 |

Please accept this letter as verification of Alexis Gonzalez's employment with Bread Elicon.
Reach out to me at (956) 400-2651 with any further questions you have about Alexis's employment.

Best,

Abel Elias
Owner.



PRESS FIRMLY TO SEAL

 SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00061

 PAPER POUCH how2recycle.info

# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

■ Expected delivery date specified for domestic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED


United States Courts
Southern District of Texas
RECEIVED
MAY 29 2026    JB
Nathan Ochsner, Clerk
Laredo Division


PS00001000014

EP14F Nov
OD: 12 1/2


UNITED STATES POSTAL SERVICE®

**USPS TRACKING #**

Label 400 Jan. 2013
7690-16-000-7948

9114 9012 3080 1818 5504 97

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.


UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Alexis David Gonzalez Gonzalez
A#223007916
Webb County Detention Center
9998 S. Highway 83,
Laredo, Texas 78046

TO: U.S. District Court
Southern District of Texas
Laredo Division
1300 Victoria Street, Suite 4001
Laredo, TX 78040

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

 PAPER POUCH .info

SKNA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ALEXIS DAVID GONZALEZ GONZALEZ,
Petitioner,

v.

WARDEN, WEBB COUNTY DETENTION CENTER,
Respondent.

MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

I respectfully submit this Memorandum in support of my Petition for Writ of Habeas Corpus
pursuant to 28 U.S.C. § 2241.

I am currently detained by Immigration and Customs Enforcement ("ICE") at Webb County
Detention Center in Laredo, Texas. I have remained in immigration custody since March 11,
2026, while continuing to pursue relief through the immigration process. My appeal before the
Board of Immigration Appeals ("BIA") remains pending.

My continued detention has become excessive and unreasonable under the circumstances of my
case. I respectfully request that this Court review the legality of my continued detention and
consider the significant equities present in my case.

I entered the United States as a very young child and have spent the majority of my life in this
country. I have strong family, educational, and community ties in the United States. I have
continued pursuing my immigration remedies through the proper legal process and respectfully
ask the Court to consider that I am actively participating in my immigration proceedings.

The Fifth Amendment guarantees due process protections to individuals in immigration
detention. Continued detention without meaningful custody review while legal proceedings
remain pending raises serious due process concerns. My appeal before the Board of Immigration
Appeals is still pending, and my immigration proceedings are therefore not fully resolved.

I respectfully submit that my continued detention is not necessary to ensure my participation in
future proceedings. I respectfully ask the Court to consider my family ties, community ties,
educational history, and the hardship caused by my continued detention.

I further respectfully request that I not be transferred or removed from the United States while
this habeas proceeding remains pending before this Court. Transfer or removal during the
pendency of this matter could interfere with my ability to continue pursuing my legal remedies
and fully present my claims before the Court.

For these reasons, I respectfully request that this Court grant my Petition for Writ of Habeas Corpus, order meaningful custody review, and grant such other relief as the Court deems fair and appropriate, including release under reasonable conditions of supervision while my immigration proceedings remain pending.

Respectfully submitted,

*Alexis Gonzalez*  05/25/2026

Alexis David Gonzalez Gonzalez

A# 223-007-916