United States District Court
Southern District of Texas
**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALEXIS DAVID GONZALEZ GONZALEZ | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:26-CV-1008 |
| WARDEN, WEBB COUNTY DETENTION CENTER | § | |
| | § | |

**ORDER**

Before the Court is the United States of America's Opposed Motion to Intervene. (Dkt. No. 8). Upon due consideration of the United States of America's Opposed Motion to Intervene, (Dkt. No. 8), the Motion is hereby **GRANTED.**[1]

The Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order, a copy of Docket Entry No. 8, and a copy of Docket Entry No. 9 by certified mail to the following address:

Alexis David Gonzalez Gonzalez
Webb County Detention Center
9998 S. Hwy 83
Laredo, Tx 78046

IT IS SO **ORDERED**.

**SIGNED** on the 9th day of June, 2026.

Christopher dos Santos
United States Magistrate Judge

[1] The Court notes that the United States has separately filed its Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment. (Dkt. No. 9).